**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TRUMP MIAMI RESORT MANAGEMENT
LLC,

        Plaintiff,

   -v-

EDEN TOURS, LLC, DAVID GOLDWASSER,
NORMAN GOLDWASSER, ASAI, INC.,
STEPHEN SATZ, FRANK ADAN,
NEW STAR CATERERS OF MANHATTAN
BEACH, INC., NEW STAR CATERERS OF
NASSAU COUNTY, INC., NEW STAR
CATERERS OF THE FIVE TOWNS, INC.,
and ABRAHAM FUCHS,

        Defendants.
-------------------------------------------------------------X

<u>**NOTICE OF REMOVAL**</u>

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1441, defendants New Star

Caterers of Manhattan Beach, Inc., New Star Caterers of Nassau County, Inc., New Star Caterers

of the Five Towns, Inc., and Abraham Fuchs (hereinafter "New Star/Fuchs"), by and through

their undersigned counsel, hereby remove to this Court the state court action described below,

which is in this Court's original jurisdiction under 28 U.S.C. §1331 and properly removed for the

following reasons:

                      **Background**

    1.      On or about October 2, 2015, plaintiff Trump Miami Resort Management LLC

("Trump") commenced an action in the Circuit Court of the Eleventh Judicial Circuit in and for

Dade County, Florida, entitled *Trump Miami Resort Management LLC v. Eden Tours, LLC,*

*David Goldwasser, Norman Goldwasser, Asai, Inc., Stephen Satz, Frank Adan, New Star*

*Caterers of Manhattan Beach, Inc., New Star Caterers of Nassau County, Inc., New Star Caterers of the Five Towns, Inc., and Abraham Fuchs,* Case No. 2015-022834-CA-01. Plaintiff personally served defendant Abraham Fuchs with the Summons and Complaint on October 9, 2015 in New York State.  Plaintiff served the Summons and Complaint on defendants New Star Caterers of Manhattan Beach, Inc., New Star Caterers of Nassau County, Inc., and New Star Caterers of the Five Towns, Inc. by serving defendant Abraham Fuchs as an officer of the companies. This Notice is therefore timely under 28 U.S.C. §1446(b).

2.	Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served upon defendants in the action are attached to this Notice as **Exhibit A.**

3.	This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331. Defendants may remove it to this Court pursuant to the provisions of 28 U.S.C. §1441(a), because it is a civil action brought in a State court of which the district courts have original jurisdiction.

4.	All defendants either join in removal (namely, the New Star/Fuchs defendants), or consent to removal (namely, defendants Eden Tours, LLC, David Goldwasser, Norman Goldwasser, Asai, Inc., Stephen Satz, and Frank Adan).  28 U.S.C. §1446(b)(2)(A).

### Bases for Federal Jurisdiction

5.	Plaintiff's complaint asserts claims for: (a) breach of contract; (b) negligence; (c) fraud; and (d) trespass.  Removal is proper under 28 U.S.C. §1331 because, as discussed below, plaintiff's state law claims necessarily raise a disputed and substantial federal issue, and removal will have little or no effect on the federal-state division of labor.  *Grable & Sons Metal Prods. v. Darue Eng'g & Mfg.,* 545 U.S. 308, 314, 315 (2005).

6.      Plaintiff Trump alleges that it brought this action to recover for attorney fees it allegedly incurred in defending a lawsuit filed against Trump and all but one (Norman Goldwasser) of the other defendants in this action under the Fair Labor Standards Act ("FLSA") entitled, *Aarras v. Trump Miami Resort Management LLC, et al.*, Case No. 15-cv-20258-CMA (S.D. Fla.). (Trump Complaint, unnumbered paragraphs, pages 1-2).  The *Aarras* action was filed in state court and removed to this Court by Trump, where the action is still ongoing before Judge Altonaga. The *Aarras* action is an FLSA collective action seeing recovery of unpaid wages and overtime for 49 persons who allegedly worked as waiters and servers at a Passover holiday tour held at Trump's National Doral Hotel in April 2014. (Trump Complaint, ¶18; *see Aarras*, 15-cv-20258-CMA, DE #83, ¶¶85-93).  The *Aarras* plaintiffs are proceeding against Trump, New Star/Fuchs and the other defendants in that action on the theory they are were all "joint employers" of the *Aarras* plaintiffs under 29 U.S.C. §203(d), and thus liable for unpaid wages and overtime under the FLSA.

7.      Trump, New Star/Fuchs, and the other defendants in the *Aarras* action have denied they are liable to the *Aarras* plaintiffs as joint employers. Nevertheless, to resolve costly litigation, New Star/Fuchs agreed to settle the *Aarras* plaintiffs' FLSA claims, and filed a Notice of Settlement on October 1, 2015 with the Court.  *See Aarras*, No. 15-cv-020258-CMA, DE# 148.  Eden Tours, LLC and David Goldwasser also agreed to settle with the *Aarras* plaintiffs and filed a Notice of Settlement as well. *Id.*, DE# 147.

8.      Trump sues the New Star/Fuchs defendants and the other defendants in this action because they have agreed to settle with the *Aarras* plaintiffs to resolve their FLSA claims. According to Trump, this settlement left Trump in the *Aarras* action by itself to "shoulder the burden" of potential liability for damages to the *Aarras* plaintiffs, even though Trump alleges it

is not liable to plaintiffs as a joint employer under the FLSA. (Complaint, page 2 unnumbered paragraph). Trump sues to hold New Star/Fuchs and the other defendants liable for the attorneys' fees Trump says it is incurring to defend itself against what Trump calls "wrong allegations" by the *Aarras* plaintiffs who have "misplaced" Trump for a joint employer under the FLSA. (Trump Complaint, pages 1-2, unnumbered paragraphs). Trump blames New Star/Fuchs and Eden/Goldwasser for its being named as a defendant by the *Aarras* plaintiffs.  *Id.*

### Trump's Embedded Federal Claim for Indemnification

9.     Trump's state law claims against New Star/Fuchs necessarily have embedded in them substantial federal legal issues which makes this case removable, namely, whether Trump can recover attorney's fees from a co-defendant incurred in defending an FLSA action.

10.     Generally, a co-defendant in an FLSA action may not seek indemnity or contribution from another co-defendant or the plaintiff in an action alleging a violation of the FLSA. *See Quintana v. Explorer Enterprises, Inc.*, No. 09-222420-CIV, 2010 WL 2220310 at *2- *3 (S.D. Fla. June 3, 2010) (O'Sullivan, M.J.) (collecting and analyzing cases); *accord Herman v. RSR Security Services Ltd.*, 172 F.3d 132, 144 (2d Cir. 1999); *LeCompte v. Chrysler Credit Corp.,* 780 F.2d 1260, 1264-65 (5th Cir. 1986); *Lee v. Krystal Company,* No. 11-0627-WS-C, 20013 WL 424656 at *4 (S.D. Ala. Feb. 4, 2013).

11.     Trump's claims in this action are plainly ones for indemnification, however they are denominated in Trump's complaint. In fact, a few weeks before filing this action, Trump informed counsel for New Star/Fuchs and former counsel for Eden/Goldwasser, that Trump would object to their proposed settlements in *Aarras*, and might "also assert indemnity and/or indemnity-type claims against the co-defendants and Norman Goldwasser."  (September 17, 2015 E-mail, annexed hereto as **Exhibit B**).

12.     According to Trump's counsel, Trump was aware of the FLSA's general preemption of indemnity claims, but believed it could still establish such a claim against New Star/Fuchs if Trump were held not to be joint employer under the FLSA. Trump relied on a federal decision on indemnity and the FLSA from the Middle District of Florida, *Dobbins v. Scriptfleet*:

> I am familiar with the line of cases that the FLSA generally preempts indemnity claims. However, the Court in *Dobbins v. Scriptfleet* supports the argument that, in light of TND's [Trump National Doral's] ability to establish that it was not Plaintiffs' joint employer, the FLSA's prohibition against indemnity-type claims does not apply. No. 8:11-CV-1923-T-24, 2012, WL 2282560, at *2 (M. D. Fla. June 18, 2012)."  [**Exhibit B** hereto].

13.     Trump's claims against the New Star/Fuchs defendants will therefore necessarily require the Court to decide whether the FLSA would allow Trump to proceed with such claims. The *Dobbins* decision Trump relies on is not controlling authority, and indeed is contra to the policies of the FLSA. And a year later, the same Court that decided *Dobbins* came to the opposite conclusion. *See Abdul-Rasheed v. KabelLink Communications LLC,* No. 8:13-cv-879-T-24-MAP, 2013 U.S. Dist. LEXIS 167189, 2013 WL 6182321 at *5 (M.D. Fla. Nov. 25, 2013) (plaintiffs were not required to indemnify prevailing defendants without a showing that they acted in bad faith, because "[t]o hold otherwise would impose a chilling effect that would defeat the remedial purpose of the FLSA."). *See also Fernandez v. Kinray, Inc.*, No. 13-cv-4938 (ARR) (SMG), 2014 U.S. Dist. LEXIS 17954 at *32 n. 8 (E.D.N.Y. Feb. 5, 2014) (discussing conflict between *Dobbins* and *Abdul-Rasheed*).

14.     Moreover, *Dobbins* only sustained defendant's indemnity counterclaim for attorney's fees in an FLSA action because defendant had alleged a written agreement with plaintiff which expressly required plaintiff to indemnify defendant for attorney's fees. Trump, however, does not allege any written agreement for indemnification or contribution with New

Star/Fuchs. No such agreement has ever been produced in discovery in the *Aarras* action, nor has Trump ever provided New Star/Fuchs with such an agreement despite counsel's formal and informal discovery requests for such a document. (Trump also fails to allege the legal basis for a claim for attorney's fees in the absence of a written agreement, even if such a contract were not preempted by the FLSA, since generally a defendant remains responsible for paying its own attorney's fees). Accordingly, Trump's claims will necessarily require resolution of federal issues of law, if Trump is to proceed with its claims and recover against New Star/Fuchs.

15.     The federal law issue embedded in Trump's claims is also a substantial one. *Grable*, 545 U.S. at 312. If the FLSA is interpreted along the lines Trump endorses, that would mean a big shift in the way the FLSA has heretofore been interpreted and applied. That is because the text and legislative history of the FLSA make no mention of a right to indemnification or contribution, against a plaintiff or co-defendant, and this Court has recognized that to allow such an indemnity claim "under the FLSA would be inappropriate as it would frustrate Congress' purpose in enacting the FLSA." *Quintana*, No. 09-22420-CIV, 2010 WL 2220310 at *3 (*citing LeCompte v. Chrysler Credit Corp.*, 780 F.2d 1260, 1264 (5th Cir. 1986). The FLSA is a "comprehensive statute" which "strongly counsels against judicially engrafting additional remedies [such as contribution or indemnification]." *Herman,* 172 F.3d at 144; *see Lyle v. Food Lion, Inc.*, 954 F.2d 984, 987 (4th Cir. 1992) (same).

**Trump's Claims Implicate the Federal Prohibition against Retaliation under the FLSA**

16.     Trump's state law claims implicate another substantial federal law issue: whether a defendant's use of judicial process to try to thwart a co-defendant from settling a plaintiff's wage and hour claims under the FLSA constitutes "retaliation" under 28 U.S.C. §215, and is prohibited by public policy.

17.     The New Star/Fuchs defendants, as well as defendants Eden Tours LLC and Norman and David Goldwasser have reached settlements with the plaintiffs in the *Aarras* action to resolve their FLSA claims. The Court has been notified of those settlements and the parties will present final settlement agreements to the Court for final approval. *See Aarras*, 15-cv-20258, DE #'s 148 & 149.

18.     When Trump learned that New Star/Fuchs and Eden/Goldwasser were settling with the *Aarras* plaintiffs, Trump reacted negatively.  On September 17, 2015, it stated that it did not want to be put "in the untenable position of being left as the only defendant in the case."  *See* **Exhibit B** hereto. Trump's counsel told New Star/Fuchs and Eden Tours/Wasserman that Trump "intends to challenge the co-defendants' settlement for general unfairness or inadequacy once they file their approval motion."  In addition, Trump's counsel stated, Trump "may also assert indemnity and/or indemnity-type claims against the co-defendants and Norman Goldwasser." Trump's counsel concluded by stating that: "Under the circumstances, [Trump] requests that the co-defendants refrain from consummating their settlement with Plaintiffs. Doing otherwise may potentially lead to additional time-consuming, protracted, and costly litigation."  *See* **Exhibit B** hereto.

19.     A few days later, on September 21, 2015, when New Star/Fuchs denied Trump's request for details of the settlement reached with plaintiffs in *Aarras*, Trump's counsel sent the following in an email to counsel for New Star/Fuchs:  "Trump already prepared a litigation Complaint naming your clients and others as defendants. We intend to immediately file and serve that Complaint to the extent that any of the co-defendants move forward with a settlement that does not also include Trump."  *See* **Exhibit C** hereto.

20.      Trump's claims against New Star/Fuchs fulfills Trump's threats. But Trump's lawsuit is essentially a vehicle to punish New Star/Fuchs for agreeing to settle the FLSA claims. And Trump's claims are an indirect way for Trump to retaliate against the *Aarras* plaintiffs who are still litigating their wage and hour FLSA action against Trump in this Court.  Trump is trying to defeat any payment of money to the *Aarras* plaintiffs in settlement of their FLSA claims that does not also include a release for Trump. Trump's lawsuit thus retaliates against the *Aarras* plaintiffs, and wrongfully interferes with the lawful, pre-trial settlement of FLSA claims, which this Court and many others encourage.

### No Harm to Federal-State Division of Labor

21.      Finally, removal of this action will not interfere with the federal-state division of labor. Trump's complaint for indemnification for attorney's fees is not of a type that is frequently brought. In addition, Trump expressly alleges that it "was not the employer of the *Aarras* Plaintiffs under the FLSA.*" See, e.g*., Trump Complaint, ¶61.  That issue will be decided in this Court in the related *Aarras* action. Thus removal does not interfere with the federal-state division of labor; rather it saves both Courts the trouble of deciding which one should have priority in litigating Trump's liability as a joint employer under the FLSA.

WHEREFORE, defendants pray that this action be removed to the United States District Court for the Southern District of Florida, Miami Division.

Dated: November 5, 2015

Respectfully submitted,

**VIANALE & VIANALE LLP**

By: *Kenneth J. Vianale*
　　　　Kenneth J. Vianale
　　　　Fla. Bar No. 169668

8

5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 392-4750
Facsimile: (561) 961-5191
kvianale@vianalelaw.com

***Attorneys for Defendants***
***New Star Caterers of Manhattan Beach,***
***Inc., New Star Caterers of Nassau County,***
***Inc., New Star Caterers of the Five Towns,***
***Inc., and Abraham Fuchs***

## CERTIFICATE OF SERVICE

*I Hereby Certify* that a true and correct copy of defendants' **NOTICE OF REMOVAL** has

been furnished via U.S. Mail to the attorney for plaintiff, Jonathan A. Beckerman, Littler

Mendelsohn, P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, FL 33131, on this 5th day of

November 2015.

s/*Kenneth J. Vianale*
Kenneth J. Vianale
VIANALE & VIANALE LLP
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 392-4750
Facsimile: (561) 961-5191
kvianale@vianalelaw.com

9

Exhibit A

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

CASE NO.: 2015-022834-CA-01

Trump Miami Resort Management
LLC,

        Plaintiff,

vs.

**SUMMONS**

Eden Tours, LLC, David Goldwasser,
Norman Goldwasser, Asai, Inc.,
Stephen Satz, Frank Adan, New Star
Caterers of Manhattan Beach, Inc.,
New Star Caterers of Nassau County,
Inc., New Star Caterers of the Five
Towns, Inc., and Abraham Fuchs,

        Defendants.

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

        YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant,

**New Star Caterers of Nassau County Inc.**
**410 Hungry Harbor Road**
**North Woodmere, New York 11581**

        Each defendant is hereby required to serve written defenses to the complaint or petition on Jonathan A. Beckerman, Esq., Plaintiff's attorney, whose address is Littler Mendelson, P.C., 333 S.E. 2nd Avenue, Suite 2700, Miami, FL 33131, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that cross-defendant for the relief demanded in the complaint or petition.

        DATED on _____ OCT 0 5 2015 _____, 2015.

As Clerk of the Court

By: _____
As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Plaintiff's Attorneys:** Jonathan A. Beckerman, Littler Mendelson, P.C., 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131; Tel: (305) 400-7500
Firmwide:136203341.1 073227.1011

Filing # 32791826 E-Filed 10/02/2015 03:41:44 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

Trump Miami Resort Management
LLC,

                  Plaintiff,

vs.

Eden Tours, LLC, David Goldwasser,
Norman Goldwasser, Asai, Inc.,
Stephen Satz, Frank Adan, New Star
Caterers of Manhattan Beach, Inc.,
New Star Caterers of Nassau County,
Inc., New Star Caterers of the Five
Towns, Inc., and Abraham Fuchs,

                  Defendants.

CASE NO.

## COMPLAINT

Plaintiff Trump Miami Resort Management LLC ("Trump"), by and through its undersigned counsel, files this Complaint against Eden Tours, LLC ("Eden"), David Goldwasser ("D. Goldwasser"), Norman Goldwasser ("N. Goldwasser"), Asai, Inc. ("Asai"), Stephen Satz ("Satz"), Frank Adan ("Adan"), New Star Caterers of Manhattan Beach, Inc., New Star Caterers of Nassau County, Inc., New Star Caterers of the Five Towns, Inc., (collectively with the Manhattan Beach and Nassau County entities "New Star"), and Abraham Fuchs ("Fuchs"), (collectively "Defendants") and alleges:

### I.     NATURE OF THE ACTION

This is an action ("Action") to seek redress from Defendants for the attorney's fees, costs, and expenses incurred by Plaintiff in defending itself against the misplaced allegations made by a class of workers against Trump in the separate action captioned as *Hayat Aarras v. Trump Miami*

*Resort Management LLC et al.*, No. 1:15-cv-20258-CMA (S.D. Fla.) ("Aarras Action").

Defendants hired these workers ("Aarras Plaintiffs") to work an event that Defendants held at

Plaintiff's property from on or about April 13, 2014 to on or about April 23, 2014. The Aarras

Plaintiffs sued Trump and Defendants on or about November 25, 2014 for not paying the Aarras

Plaintiffs any money in exchange for the work they performed for Eden, D. Goldwasser, N.

Goldwasser, Asai, Satz, Adan, New Star, and Fuchs. Trump was not the employer of the Aarras

Plaintiffs under the Fair Labor Standards Act, 29 U.S.C. § 203 *et seq.* ("FLSA").

Nonetheless, the Aarras Plaintiffs included Trump in their action to recover unpaid

wages because of their doubt that the Defendants in this Action would have the liquidity and

capacity to pay their damages. Accordingly, Trump was forced to defend itself from these

wrong allegations. The Aarras Plaintiffs and the Defendants in this Action then entered into a

settlement agreement and release that was designed to cap their liability for the Aarras Plaintiffs'

damages and leave Trump to shoulder the remaining burden of the Aarras Plaintiffs' damages,

despite the Aarras Plaintiffs' acknowledgment that Trump did not hire them.

## II.  JURISDICTION AND VENUE

1.  Trump is, and at all relevant times mentioned was, a Delaware Limited Liability

Corporation with its primary place of business in New York. It does business in Dade County

Florida.

2.  Eden is, and at all relevant times mentioned was, a Florida Limited Liability

Corporation with its primary place of business in Miami Beach, Dade County, Florida.

3.  D. Goldwasser is, and at all relevant times mentioned was, a natural person

resident in Dade County, Florida.

4.  N. Goldwasser is, and at all relevant times mentioned was, a natural person

resident in Dade County, Florida.

2.

5.     Asai is, and at all relevant times mentioned was, a Florida Corporation with its primary place of business in Hollywood, Broward County Florida.

6.     Satz is, and at all relevant times mentioned was, a natural person resident in North Miami Beach, Dade County, Florida.

7.     Adan is, and at all relevant times mentioned was, a natural person resident in Miramar, Broward County, Florida.

8.     New Star are, and at all relevant times mentioned were, New York Corporations with primary places of business in New York.

9.     Fuchs is, and at all relevant times mentioned was, a natural person resident in the State of New York.

10.     Venue is proper in this Court because Eden, D. Goldwasser, N. Goldwasser, and Satz reside in Dade County, Florida.

### III.     FACTUAL ALLEGATIONS

**The Nature of Trump's business and the Aarras Plaintiffs' Employment with the Defendants**

11.     Trump is in the business of managing a luxury resort and golf club in Doral, Florida.

12.     Trump's business includes providing facilities for various events, banquets, and other occasions on its property.

13.     Eden, D. Goldwasser, and N. Goldwasser rented space from Trump to host Passover event for Eden, D. Goldwasser, and N. Goldwasser's customers on Trump's property from on or about April 13, 2014 through on or about April 23, 2014.

14.     Eden, D. Goldwasser, and N. Goldwasser retained Asai, Satz, and Adan to hire a staff of workers to work the event for Eden, D. Goldwasser, and N. Goldwasser.

3.

15.    Asai, Satz, and Adan then hired the Aarras Plaintiffs to work for Asai, Satz, and Adan and Eden, D. Goldwasser, and N. Goldwasser from on or about April 13, 2014 through on or about April 23, 2014.

16.    Eden, D. Goldwasser, and N. Goldwasser retained New Star and Fuchs to cater the event for Eden, D. Goldwasser, and N. Goldwasser and the customers of Eden, D. Goldwasser, and N. Goldwasser.

17.    The Aarras Plaintiffs alleged in the Aarras Action that no one paid them for the work they performed at Eden, D. Goldwasser, and N. Goldwasser's event.

18.    The Aarras Plaintiffs filed suit against Trump, D. Goldwasser, Eden, Asai, Adan, Satz, New Star Caterers, and Fuchs to recover their contractual and common law wages and damages under the FLSA.

**N. Goldwasser and Eden's Agreement to Indemnify Trump**

19.    On or about September 11, 2009, Defendant N. Goldwasser (on behalf of Eden and himself personally) agreed to pay the litigation costs and attorney's fees of the prevailing party in any action filed by N. Goldwasser, Eden, or Marriott Doral Golf Resort and Spa relating to N. Goldwasser and Eden's events on Trump's property as part of the Group Sales Agreement between the parties.

20.    On or about September 11, 2009, Defendant N. Goldwasser (on behalf of Eden and himself personally) also agreed to indemnify, defend, and hold harmless Marriott Doral Golf Resort and Spa, and its officers, directors, agents, employees, and owners from and against any and all demands, claims, damages to persons or property, losses, and liabilities, including reasonable attorney's fees arising out of or caused by N. Goldwasser or Eden's negligence or willful misconduct in connection with the provision of Marriott Doral Golf Resort and Spa's

4.

property for N. Goldwasser and Eden's events as part of the Group Sales Agreement between the parties..

21.     Sinai Retreats is the alter ego of Eden.

22.     In the alternative, Eden is the successor in interest of Sinai Retreats and has assumed the liability of Sinai Retreats under the Group Sales Agreement.

23.     Trump is the alter ego of Marriott Doral Golf Resort and Spa.

24.     In the alternative, Trump is the successor in interest of Marriott Doral Golf Resort and Spa and has assumed the rights and responsibilities of Marriott Doral Golf Resort and Spa under the Group Sales Agreement.

25.     In the alternative, Trump is the intended third party beneficiary of the under the Group Sales Agreement.

26.     The Group Sales Agreement expressly indemnifies the owner of Trump's property, which is Trump.

27.     The parties to the Group Sales Agreement intended Trump to be a third party beneficiary of their agreement.

**The Defendants' wrongdoing**

28.     Defendants hired the Aarras Plaintiffs to perform work for Defendants.  The Aarras Plaintiffs did perform such work for Defendants from on or about April 13, 2014 to on or about April 23, 2014.  Despite this work, the Defendants wrongfully and illegally failed to pay the Aarras Plaintiffs for any of their work.

29.     The Aarras Plaintiffs reasonably believed that this failure of Defendants to pay their promised wages was potentially due to the Defendants lacking the funds to pay the Aarras Plaintiffs.  Accordingly, the Aarras Plaintiffs, reasonably and foreseeably, also asserted claims

against Trump—knowing that Trump would have the resources to pay the wages that the Defendants should have paid the Aarras Plaintiffs, if the Defendants did not.

30.    The Defendants acted willfully, with malice, and intentionally in their failure to pay the Aarras Plaintiffs for their work for Defendants.

31.    In the alternative, the Defendants acted negligently in their failure to pay the Aarras Plaintiffs for their work for Defendants.

32.    It was reasonable and foreseeable that the Aarras Plaintiffs would seek damages from Trump for the Defendants' failure to pay the Aarras Plaintiffs, given the substantially better financial position of Trump relative to the other Defendants.

33.    Trump suffered harm in the form of expenses, costs, and attorney's fees spent in defending against the Aarras Action because of Defendants' failure to pay the Aarras Plaintiffs for their work for Defendants.

34.    Defendants' actions were the actual and proximate cause of Trump incurring the harm alleged above.

### IV.    CAUSES OF ACTION

#### COUNT I
#### BREACH OF CONTRACT
##### *Against Defendants N. Goldwasser and Eden*

35.    Trump incorporates and re-alleges each of the paragraphs above as though fully set forth herein.

36.    On or about September 11, 2009, Defendant N. Goldwasser (on behalf of Eden and himself personally) agreed to indemnify, defend, and hold harmless Trump, and its officers, directors, agents, employees, and owners from and against any and all demands, claims, damages to persons or property, losses, and liabilities, including reasonable attorney's fees arising out of

6.

or caused by N. Goldwasser or Eden's negligence or willful misconduct in connection with the provision of Trump's property for N. Goldwasser and Eden's events.

37.   This agreement was one term in a valid contract binding N. Goldwasser, on behalf of himself individually and on behalf of Eden, entitled Group Sales Agreement.

38.   N. Goldwasser engaged in willful misconduct in his failure to ensure that the Aarras Plaintiffs were paid for the work they performed for the Defendants to this Action from on or about April 13, 2014 to on or about April 23, 2014.

39.   In the alternative, N. Goldwasser was negligent in his failure to ensure that the Aarras Plaintiffs were paid for the work they performed for the Defendants to this Action from on or about April 13, 2014 to on or about April 23, 2014.

40.   Eden engaged in willful misconduct in its failure to ensure that the Aarras Plaintiffs were paid for the work they performed for the Defendants to this Action from on or about April 13, 2014 to on or about April 23, 2014.

41.   In the alternative, Eden was negligent in its failure to ensure that the Aarras Plaintiffs were paid for the work they performed for the Defendants to this Action from on or about April 13, 2014 to on or about April 23, 2014.

42.   The Aarras Plaintiffs brought the Aarras Action against Trump and the Defendants to this Action because of N. Goldwasser's failure to ensure that the Aarras Plaintiffs were paid for the work they performed for the Defendants to this Action from on or about April 13, 2014 to on or about April 23, 2014.

43.   N. Goldwasser and Eden's April 2014 event was in connection with the provision of Trump's property and the parties' 2009 contract.

7.

44. N. Goldwasser and Eden's April 2014 event was the fifth consecutive annual event that they held on Trump's property in connection with the 2009 Group Sales Agreement.

45. It was reasonable and foreseeable that the Aarras Plaintiffs would seek damages from Trump for the Defendants' failure to pay the Aarras Plaintiffs, given the substantially better financial position of Trump relative to the other Defendants.

46. Trump was not the employer of the Aarras Plaintiffs.

47. Trump has incurred substantial litigation costs and attorney's fees in defending against the Aarras Action.

48. Trump requested payment from N. Goldwasser and Eden, pursuant to N. Goldwasser and Eden's promise to indemnify Trump and pay such costs that Trump might incur.

49. N. Goldwasser and Eden have refused to compensate Trump for its expenses, costs and attorney's fees incurred in defending against the Aarras Action.

50. In refusing to compensate Trump for its expenses, costs and attorney's fees incurred in defending against the Aarras Action, N. Goldwasser and Eden have materially breached their agreement with Trump.

51. This breach has caused Trump damages in excess of $15,000.

52. Defendants' actions were the actual and proximate cause of Trump incurring the harm alleged above.

## COUNT II
### NEGLIGENCE
#### *Against All Defendants*

53. Trump incorporates and re-alleges each of the paragraphs above as though fully set forth herein.

54.     Defendants owed Trump a duty of care to act reasonably in the execution of their activities and business on Trump's property.

55.     A reasonable person in Defendants' positions would have taken steps to ensure that the Aarras Plaintiffs were paid for their work.

56.     Defendants breached their duty of care in failing to ensure that the Aarras Plaintiffs were paid for the work they performed for Defendants on Trump's property from on or about April 13, 2014 to on or about April 23, 2014.

57.     Defendants acted unreasonably in failing to pay the Aarras Plaintiffs and failing to ensure payment by others to the Aarras Plaintiffs for the work the Aarras Plaintiffs performed for Defendants on Trump's property.

58.     Trump suffered harm from Defendants' negligence in the form of expenses, costs, and attorney's fees spent in defending against the Aarras Action.

59.     Defendants' negligence was the actual and proximate cause of Trump incurring the harm alleged above.

60.     It was reasonable and foreseeable that the Aarras Plaintiffs would seek damages from Trump for the Defendants' failure to pay the Aarras Plaintiffs, given the substantially better financial position of Trump relative to the other Defendants.

61.     Trump was not the employer of the Aarras Plaintiffs under the FLSA.

62.     Defendants' negligence caused Trump damages in excess of $15,000.

### COUNT III
### FRAUD
### *Against All Defendants*

63.     Trump incorporates and re-alleges each of the paragraphs above as though fully set forth herein.

9.

64.    Defendants intentionally omitted a material fact from their communications with Trump and its employees about the 2014 event they requested to hold on Trump's property.

65.    Defendants failed to inform Trump that they would not pay the Aarras Plaintiffs for the work Defendants hired the Aarras Plaintiffs to perform on Trump's property in service of Defendants.

66.    Defendants' failure to pay the Aarras Plaintiffs for their work on Trump's property was material.

67.    Defendants knew when they first planned their April 2014 event on Trump's property that they would not pay the Aarras Plaintiffs for their work and that they planned to take no steps to ensure someone else paid the Aarras Plaintiffs for their work they would perform for Defendants.

68.    Defendants' intention not to pay the Aarras Plaintiffs for their work on Trump's property and their intention to take no steps to ensure someone else paid the Aarras Plaintiffs would have made a material difference to Trump's willingness to allow Defendants to use Trump's property for Defendants' event.

69.    Defendants' intention not to pay the Aarras Plaintiffs for their work on Trump's property and their intention to take no steps to ensure someone else paid the Aarras Plaintiffs would have made a material difference to a reasonable person in Trump's position as to that person's willingness to allow Defendants to use their property for Defendants' event.

70.    Defendants knew that their intention not to pay the Aarras Plaintiffs for their work on Trump's property and their intention to take no steps to ensure someone else paid the Aarras Plaintiffs would make a material difference to Trump's willingness to allow Defendants to use Trump's property for Defendants' event.

10.

71.    Defendants intended to induce Trump to allow them to use Trump's property for their event by way of their material omission of fact about their intention to not pay the Aarras Plaintiffs and their intention to take no steps to ensure someone else paid the Aarras Plaintiffs.

72.    Trump justifiably relied upon the Defendants' material omission in allowing Defendants to conduct their event on Trump's property.

73.    A reasonable person in Trump's position would have relied upon the Defendants to pay the Defendants' employees or to take steps to ensure someone else paid the Aarras Plaintiffs. A reasonable person in Trump's position would have relied upon the Defendants to at least make known to the property owner their intention not to so pay their workers if that was their intention instead.

74.    Trump was consequentially injured by the Defendants' material omission of fact in the form of expenses, costs, and attorney's fees that Trump was forced to expend in defending the Aarras Action as a result.

75.    It was reasonable and foreseeable that the Aarras Plaintiffs would seek damages from Trump for the Defendants' failure to pay the Aarras Plaintiffs, given the substantially better financial position of Trump relative to the other Defendants.

76.    Defendants' actions were the actual and proximate cause of Trump incurring the harm alleged above.

77.    Trump was not the employer of the Aarras Plaintiffs under the FLSA.

78.    Defendants' fraud caused Trump damages in excess of $15,000.

11.

## COUNT IV
## TRESPASS
### *Against All Defendants*

79.     Trump incorporates and re-alleges each of the paragraphs above as though fully set forth herein.

80.     Trump is, and at all relevant times has been, the rightful owner the property located at and around 4400 NW 87th Ave, Miami, FL 33178 ("Trump's property").

81.     Defendants physically invaded the property located at and around 4400 NW 87th Ave, Miami, FL 33178 from on or about April 13, 2014 to on or about April 23, 2014.

82.     Defendants intentionally entered Trump's property from on or about April 13, 2014 to on or about April 23, 2014.

83.     Trump allowed Defendants entry onto Trump's property on the condition that their activity and business be carried out in accordance with applicable law.

84.     Defendants exceeded the scope of that permission by failing to pay the Aarras Plaintiffs for their work for Defendants and by failing to take reasonable steps to ensure that someone else paid the Aarras Plaintiffs.

85.     Defendants thereby entered and were present upon Trump's property without permission, resulting in an invasion upon Trump's property and an unlawful intrusion upon Trump's property.

86.     Defendants intended this intrusion and invasion, as they knew that their permission to enter and remain on Trump's property was conditioned upon carrying out their activity and business in accordance with applicable law.

87.     Defendants knew that their failure to pay the Aarras Plaintiffs would result in a trespass.

12.

88.     Trump suffered damages in the form of expenses, costs, and attorney's fees in defendants against that Aarras Action as an actual and proximate cause of Defendants' trespass.

89.     It was reasonable and foreseeable that the Aarras Plaintiffs would seek damages from Trump for the Defendants' failure to pay the Aarras Plaintiffs, given the substantially better financial position of Trump relative to the other Defendants.

90.     Trump was not the employer of the Aarras Plaintiffs under the FLSA.

91.     Defendants' trespass caused Trump damages in excess of $15,000.

## V.     PRAYER FOR RELIEF AND DAMAGES

WHEREFORE, Trump respectfully prays the Court as follows:

1.      Award Trump actual and compensatory damages in an amount in excess of $15,000.00 as will be proven at trial;

2.      Award Trump punitive damages in an amount to be determined;

3.      Award Trump its costs and reasonable attorneys' fees incurred in prosecuting this Action;

4.      Provide that all issues triable by jury are in fact tried by a jury; and

5.      Award Trump other such relief as the Court seems proper, just, and equitable.

13.

Respectfully submitted,


By:   ___/s/ Jonathan A. Beckerman_____

Jonathan A. Beckerman
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue
Suite 2700
Miami, FL 33131
Telephone:  305.400.7500
Facsimile:   305.675.8497

Attorneys for Plaintiff
Trump Miami Resort Management LLC


14.

Filing # 32791826 E-Filed 10/02/2015 03:41:44 PM

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | **CIVIL COVER SHEET** | **CASE NUMBER** |
| **PLAINTIFF**<br><br>Trump Miami Resort Management LLC | **VS. DEFENDANT**<br><br>Eden Tours, LLC, David Goldwasser, Norman Goldwasser, Asaf, Inc., Stephen Satz, Frank Adan, New Star Caterers of Manhattan Beach, Inc., New Star Caterers of Nassau County, Inc., New Star Caterers of the Five Towns, Inc., and Abraham Fuchs ⊞ | **CLOCK IN** |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☒ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ Negligence - Other
   ☐ 097 - Business Governance
   ☐ 098 - Business Torts
   ☐ 099 - Environmental/Toxin Tort
   ☐ 100 - Third Party Indemnification
   ☐ 101 - Construction Defect
   ☐ 102 - Mass Tort
   ☐ 103 - Negligent Security
   ☐ 104 - Nursing Home Negligence
   ☐ 105 - Premises Liability - Commercial
   ☐ 106 - Premises Liability - Residential
   ☐ 107 - Negligence - Other
☐ Real Property/Mortgage Foreclosure
   ☐ 108 - Commercial Foreclosure $0 - $50,000
   ☐ 109 - Commercial Foreclosure $50,001 - $249,999
   ☐ 110 - Commercial Foreclosure $250,000 - or more
   ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
   ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
   ☐ 113 - Homestead Residential Foreclosure $250,000 or more
   ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
   ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
   ☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
   ☐ 117 - Other Real Property Actions $0 - $50,000
   ☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ Professional Malpractice
   ☐ 094 - Malpractice - Business
   ☐ 095 - Malpractice - Medical
   ☐ 096 - Malpractice - Other professional
☐ Other
   ☐ 120 - Antitrust/Trade Regulation
   ☐ 121 - Business Transactions
   ☐ 122 - Constitutional Challenge - Statute or Ordinance
   ☐ 123 - Constitutional Challenge - Proposed amendment
   ☐ 124 - Corporate Trust
   ☐ 125 - Discrimination - Employment or Other
   ☐ 126 - Insurance Claims
   ☐ 127 - Intellectual Property
   ☐ 128 - Libel/Slander
   ☐ 129 - Shareholder Derivative Action
   ☐ 130 - Securities Litigation
   ☐ 131 - Trade Secrets
   ☐ 132 - Trust Litigation
☐ 133 - Other Civil Complaint
   ☐ 009 - Bond Estreature
   ☐ 014 - Replevin
   ☐ 024 - Witness Protection
   ☐ 080 - Declaratory Judgment
   ☐ 081 - Injunctive Relief
   ☐ 082 - Equitable Relief
   ☐ 083 - Construction Lien
   ☐ 084 - Petition for Adversary Preliminary Hearing
   ☐ 085 - Civil Forfeiture
   ☐ 086 - Voluntary Binding Arbitration
   ☐ 087 - Personal Injury Protection (PIP)

CLK/CT 96 Rev. 12/09

Clerk's web address: www.miami-dadeclerk.com

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

REMEDIES SOUGHT (check all that apply):

☒        monetary;

☐        non-monetary declaratory or injunctive relief;

☐        punitive

NUMBER OF CAUSES OF ACTION: [    ]

(specify)  Breach of Contract, Negligence, Fraud and Trespass

IS THIS CASE A CLASS ACTION LAWSUIT?

☐  Yes

☒  No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?

☒  No

☐  Yes   If "Yes", list all related cases by name, case number, and court.

IS JURY TRIAL DEMANDED IN COMPLAINT?

☒  Yes

☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____          Florida Bar # ___O568252___

                    Attorney or party                                        (Bar # if attorney)

JONAthAN   BECkERMAN                                          10/2/15

(type or print name)                                              Date

CLK/CT 96 Rev. 12/09                                      Clerk's web address: www.miami-dadeclerk.com

Filing # 32920361 E-Filed 10/06/2015 05:59:02 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

Trump Miami Resort Management
LLC,

              Plaintiff,

vs.

Eden Tours, LLC, David Goldwasser,
Norman Goldwasser, Asai, Inc.,
Stephen Satz, Frank Adan, New Star
Caterers of Manhattan Beach, Inc.,
New Star Caterers of Nassau County,
Inc., New Star Caterers of the Five
Towns, Inc.,  and Abraham Fuchs,

              Defendants.

CASE NO. 2015-022834-CA-01

---

## PLAINTIFF'S NOTICE OF FILING EXHIBIT IN SUPPORT OF COMPLAINT

      Plaintiff TRUMP MIAMI RESORT MANAGEMENT LLC ("Plaintiff"), by and

through its undersigned counsel, hereby files the Group Sales Agreement as *Exhibit A*, attached

herewith, and in support of the Complaint filed on October 2, 2015.

      DATED this 6th day of October, 2015.      Respectfully submitted,

                                         **LITTLER MENDELSON, P.C.**
                                         333 SE 2nd Avenue, Suite 2700
                                         Wells Fargo Center
                                         Miami, FL  33131
                                         Tel: (305) 400-7500
                                         Fax: (305) 603-2552

                                         By:_____
                                           Jonathan A. Beckerman
                                         Florida Bar No. 568252
                                         E-mail: jabeckerman@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2015, a true and correct copy of the foregoing document has been served on the following service list via process server together with the related Summons and Complaint.

Jonathan A. Beckerman

2

**SERVICE LIST**

**DEFENDANTS:**

Eden Tours, LLC
c/o David Goldwasser
975 41st Street, Suite 308
Miami Beach, Florida 33140

Norman Goldwasser
975 41st Street, Suite 308
Miami Beach, Florida 33140

David Goldwasser
975 41st Street, Suite 308
Miami Beach, Florida 33140

ASAI, Inc.
c/o Frank Adan
6535 SW 22nd Court
Miramar, FL 33023

Frank Adan
6535 SW 22nd Court
Miramar, FL 33023

Stephen Satz
10741 West El Cortez #2210
Peoria, Arizona 85383

Abraham Fuchs
60 West End Avenue,
Brooklyn, New York 11235

New Star Caterers of Manhattan Beach Inc.
100 Hempstead Avenue
Rockville Centre, New York 11570

New Star Caterers of Nassau County Inc.
410 Hungry Harbor Road
North Woodmere, New York 11581

New Star Caterers of the Five Towns Inc.
118 Wood Lane
Woodsburgh, New York 11598

3

Case 1:15-cv-24155-JAL   Document 1   Entered on FLSD Docket 11/05/2015   Page 32 of 85

# EXHIBIT "A"

Case 1:15-cv-24155-JAL   Document 1   Entered on FLSD Docket 11/05/2015   Page 33 of 85

Case 1:15-cv-24155-JAL   Document 1   Entered on FLSD Docket 11/05/2015   Page 34 of 85



2009-09-11 17:26          fax          3056734733 >>      3055916480  P 5

Balance to be paid 30 business days after receipt of final bill (Based on Credit Approval)

Sinai Retreats has indicated that it has elected to use the following form of payment:

[ ] Cash, money order, or other guaranteed form of pre-payment; to be paid 10 days prior to event.

[ ] Credit card (We accept all major credit cards): all credit cards payments will be authorized for the entire estimated amount of the master bill 3 days prior to event, then to the credit card after the event is completed and a customer has reviewed and finalized draft bill within one week of departure.

[ ] Company check or Electronic Funds Transfer: to be paid 21 days prior to function for wire transfer if direct bill has not been approved. If direct bill has been approved, the check or wire is due 30 days after event day.

[ ]    _____    [agreed alternative]

Sinai Retreats may not change this form of payment.

In the event that credit is not approved, Sinai Retreats agrees to pay an advance deposit in an amount to be determined by the Hotel in its reasonable discretion, with the full amount due prior to the start of the group's event.

[ ] Cash, money order, or other guaranteed form of payment
[ ] Credit card (We accept all major credit cards)
[ ] Company check or Electronic Funds Transfer
[ ] _____   _____ [agreed alternative]

Sinai Retreats may not change this form of payment.

## PAYMENT BY CREDIT CARD OR COMPANY CHECK

If Sinai Retreats wishes to pay any portion of its obligation by credit card or company check, the credit card information must be entered into our secure online web-site. Prior to the execution of this agreement Sinai Retreats shall provide hotel with credit card authorization information.  A Credit Card Information Request e-mail will be sent to the e-mail address provided by Sinai Retreats This process must also be followed if direct billing has not been approved and the Master Account charges will be paid by credit card or company check.

Sinai Retreats agrees that the Hotel may charge to this credit card any payment as required under this Group Sales Agreement.

In the event that credit is not approved, Sinai Retreats agrees to pay an advance deposit in an amount to be determined by the Hotel in its reasonable discretion, with the full amount due prior to the start of the group's event.

## BILLING ARRANGEMENTS

The following billing arrangements apply: Room and Tax to Master

## FUNCTION INFORMATION AGENDA/EVENT AGENDA

Based on the requirements outlined by Sinai Retreats, the Hotel has reserved the function space set forth on the below Function Information Agenda/Event Agenda.

## AGENDA 2014

| Date | Day | Start Time | End Time | Function Type | Setup | # People | Meeting Space |
|------|-----|-----------|----------|--------------|-------|---------|--------------|

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

2009-09-11 17:26              fax          3056734733 >>        3055916480 P 6

| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/13/2014 | Sun | 6:00 PM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/13/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/14/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |

Page 6 of 13                                              Version 1.0

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

2009-09-11 17:27          fax          3056734733 >>          3055916480  P 7/13

| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/15/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/16/2014 | Wed | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/17/2014 | Thu | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |

Page 7 of 13                                    Version 1.0

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

2009-09-11 17:27                 fax           3056734733 >>         3055916480   P 8/13

| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/18/2014 | Fri | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/19/2014 | Sat | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/20/2014 | Sun | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

2009-09-11 17:28      fax      3056734733 >>      3055916480   P 9/13

| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/21/2014 | Mon | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Meal Room | Special | 400 | Legends Pre-Function |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | General Session | Special | 400 | Legends Ballroom |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Banyan |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Bayberry |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Willow |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Aralia |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Carissa |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ginger |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Ryder |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Lantana |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Rosewood |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum A |
| 04/22/2014 | Tue | 6:00 AM | 11:59 PM | Breakout | Special | 40 | Plum B |

All meeting room, food and beverage, and related services are subject to applicable taxes (currently 9%, subject to change) and service charge (currently 22%, subject to change) in effect on the date(s) of the event.

## OUTDOOR POLICY

The $7/pp setup fee will be waived should Sinai Retreats utilize outdoor space adjacent to the Legends Ballroom. One (1) evening event at the Southernmost Blue Lagoon pool will be set-up with no additional charge.

A set-up and tear-down fee of $7 per person will be incurred for any outdoor event held at one of the outdoor pool areas. This charge is for the additional labor required to clear pool furniture and re-set it at the completion of the event.

**For Breakfast:** The decision will be made to hold the event outdoors by 6:00pm the previous evening based on current forecasts. The opening Banquet Manager has the discretion to move the function indoors if weather conditions become unfavorable that morning.

**For all other events:** Final location decision must be made four hours prior to event start time. All events will be moved to inside backup space if any of the following conditions exist:

30% or more chance of precipitation

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

2009-09-11 17:28          fax          3056734733 >>       3055916480  P 10/13

Below 65 degrees, or

Wind gusts in excess of 12 mph

## FACILITY SERVICE FEES

Sinai Retreats must pay a facility service fee of $10,000/day to hotel should group utilize outside F&B vendors, staffing, and food. This fee will only apply should the Doral Golf Resort & Spa not obtain all Catering revenues from group.

## STAFFING

Staffing fees are to be utilized should group use outside F&B vendors, staffing, and food. Fees will be as follows (Applicable standard (22%) service charges will apply):

Wait Staff: $27/hour
Stewarding Staff: $23/hour
Security Staff: $35/hour
Convention Service Staff: $25/hour

These fees may also be applied should group requirements exceed normal expectation of staff members for a group of this nature. These fees would be waived in lieu of bringing in an outside Caterer for these events.

## ROOMS ATTRITION

Hotel is relying upon Sinai Retreats's use of the Room Night Commitment. Sinai Retreats agrees that a loss will be incurred by Hotel if Sinai Retreats's actual usage is less than 90% of the Room Night Commitment.

If Sinai Retreats's actual usage is less than 90% of the Room Night Commitment, Sinai Retreats agrees to pay, as liquidated damages and not as a penalty, the difference between 90% of the Room Night Commitment and Sinai Retreats's actual usage, multiplied by the average group room rate, plus applicable taxes.

## ADJUSTMENTS TO CONCESSIONS

In the event of reductions in the Room Night Commitment of more than 10%, the Hotel may adjust any concessions previously offered in this Agreement, including those concessions offered on a complimentary basis, and may also adjust the Function Space in direct proportion to the reduction in the Room Night Commitment.

## CANCELLATION

Sinai Retreats acknowledges that if it cancels or otherwise essentially abandons its planned use of the Room Night Commitment (a "Cancellation"), this action would constitute a breach of Sinai Retreats's obligation to Hotel and Hotel would be harmed. Because Hotel's harm (and Sinai Retreats 's obligation to compensate Hotel for that harm) is likely to increase if there is a delay in notifying Hotel of any Cancellation, Sinai Retreats agrees to notify Hotel, in writing, within five (5) business days of any decision to Cancel. In addition, if a Cancellation occurs, the parties agree that:

(a)  It would be difficult to determine Hotel's actual harm.

(b)  Due to the short period of time between the execution of this Agreement and the Event dates, and/or the projected non-capacity occupancy of the Hotel over the Event dates, Hotel is unlikely to be able to resell rooms or function space on a "last-sale" basis in the event of a Cancellation.

(c)  The amount set forth below reasonably estimates Hotel's harm for a Cancellation.

Sinai Retreats therefore agrees to pay Hotel, within thirty (30) days after any Cancellation, as liquidated damages and not as a penalty, (schedule below) plus applicable taxes, plus 35% of any amount by which any Banquet Event Order exceeds the total amount of Sinai Retreats 's Food & Beverage obligation [if applicable; Agreed Event F&B Revenue] under this Agreement. Provided that Sinai Retreats timely notifies Hotel of the Cancellation and timely pays the above liquidated damages, Hotel agrees not to seek additional damages from Sinai Retreats relating to the Cancellation.

Page 10 of 13                                                                  Version 1.0

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

2009-09-11 17:29          fax          3056734733 >>          3055916480  P 11/13

**Schedule:**

- 11 months or less from date of check-in = 90% of anticipated revenue from guest room block
- 12-18 months prior to first date of check-in = 60% of anticipated revenue from guest room block
- 19-24 months prior to first date of check-in = 30% of anticipated revenue from guest room block
- 24+ months prior to first date of check-in = 0% of anticipated revenue from guest room block

The Doral Golf Resort & Spa will offer Sinai Retreats 50% of the total paid cancellation to utilize at the Doral Golf Resort & Spa within 12 months of the date of cancellation. Should Sinai Retreats not utilize the monies within the 12 month timeframe; the monies will be forfeited to the Doral Golf Resort & Spa.

The Doral Golf Resort & Spa reserves the right to cancel with no penalty, fees, or litigation up to 34 months out from first date of check-in.

**IN HOUSE KOSHER CATERING**

Sinai Retreats agrees that the Doral Golf Resort & Spa will be providing all Catering, Food, Beverage, and staffing for the event. The Doral Golf Resort & Spa will offer similar or less expensive total costs to Sinai Retreats through the utilization of this service versus utilizing an outside Catering Company and paying facility rental fees and labor fees.

The Doral Golf Resort & Spa agrees to hire Key culinary/kitchen staff of Sinai Retreats preference with the expectation of wages being on par with industry standards.

**INSURANCE**

Each party agrees that it will, to the extent applicable, carry and maintain at its own cost and expense the following insurance coverages (or will legally qualify to self-insure for such coverages), except that Sinai Retreats need not carry item (c) below:

a) Comprehensive general liability insurance, including contractual liability and liability for personal injury, bodily injury, property damage, and completed operations liability with a combined single limit of not less than $1,000,000 each occurrence.

b) Automobile liability insurance, including all owned, non-owned, and hired vehicles used in conjunction with the performance of the Agreement for bodily injury or property damage with a combined single limit of not less than $1,000,000 each occurrence.

c) Liquor liability insurance with a combined single limit of not less than $1,000,000 each occurrence.

**PROPERTY DAMAGE**

Any damages to be found above and beyond normal wear and tear in corridors, meeting space, and guest rooms from any Sinai Retreats guest will be process and billed to the Master Account for Sinai Retreats.

**MAID STAFF/BELLSTAFF GRATUITIES**

A $2 per room/per night fee will be paid in the form of Housekeeping gratuity.

An $8 fee per room for the entirety of each 10 day stay will be charged in the form of Bell staff Gratuities. This is a 1 time charge per room for the entirety of the stay.

**CORKAGE**

A $10 per container charge will be applied for any outside beverage brought into hotel and served on hotel grounds as a corkage fee. Should the beverage be purchased from the Doral Golf Resort & Spa, no corkage will apply.

Page 11 of 13                                          Version 1.0

MARRIOTT CONFIDENTIAL AND PROPRIETARY INFORMATION

Case 1:15-cv-24155-JAL   Document 1   Entered on FLSD Docket 11/05/2015   Page 44 of 85

Case 1:15-cv-24155-JAL   Document 1   Entered on FLSD Docket 11/05/2015   Page 45 of 85

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

Trump Miami Resort Management
LLC,                                        CASE NO. 2015-022834-CA-01

        Plaintiff,

vs.

Eden Tours, LLC, David Goldwasser,
Norman Goldwasser, Asai, Inc.,
Stephen Satz, Frank Adan, New Star
Caterers of Manhattan Beach, Inc.,
New Star Caterers of Nassau County,
Inc., New Star Caterers of the Five
Towns, Inc., and Abraham Fuchs,

        Defendants.

---

### PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL EXHIBIT IN SUPPORT OF COMPLAINT

Plaintiff TRUMP MIAMI RESORT MANAGEMENT LLC ("Plaintiff"), by and

through its undersigned counsel, hereby files the Contract Addendum as *Exhibit B*, attached

herewith, and in support of the Complaint filed on October 2, 2015.

DATED this 30th day of October, 2015.    Respectfully submitted,

**LITTLER MENDELSON, P.C.**
333 SE 2nd Avenue, Suite 2700
Wells Fargo Center
Miami, FL 33131
Tel: (305) 400-7500
Fax: (305) 603-2552

By: _____ *for* JONATHAN BECKERMAN
    Jonathan A. Beckerman
    Florida Bar No. 568252
    E-mail: jabeckerman@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2015, a true and correct copy of the foregoing document has been served on the following service list via certified mail and electronic mail.

Jonathan A. Beckerman

## SERVICE LIST

**DEFENDANTS:**

Norman Goldwasser
975 41st Street, Suite 308
Miami Beach, Florida 33140
normangoldwasser@gmail.com

David Goldwasser
*Individually and as Vice President and
Registered Agent for Eden Tours, LLC*
4101 Pine Tree Drive, Apt. 706
Miami Beach, Florida 33140
davidgoldwasser@gmail.com

Frank Adan
*Individually and as President and
Registered Agent for ASAI, Inc.*
6649 Ficus Drive
Miramar, FL 33023
Frankadan777@gmail.com

Kenneth J. Vianale
Florida Bar No. 169668
Email: kvianale@vianalelaw.com
Julie Vianale
Florida Bar No. 184977
Email: jvianale@vianalelaw.com
VIANALE & VIANALE LLP
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: 561.392.4750
Fax: 561.961.5191
*Counsel for Defendants New Star Caterers
of Manhattan Beach Inc., New Star
Caterers of Nassau County Inc., New Star
Caterers of the Five Towns Inc. and
Abraham Fuchs*

3

# Exhibit B

ATT: Melinda Reily

305 591 6498

Thursday, March 27, 2014

*Trump National Doral*

MIAMI

### Contract Addendum

The following represents a revised agreement between: Trump Miami Resort Management, LLC d/b/a Trump National Doral Miami ("Hotel"), 4400 NW 87th Avenue, Miami, FL, 33178, (305) 592-2000 and ET Passover, LLC ("Group") and outlines specific conditions and services to be provided.

The following represents an Addendum to the 2014 Group Sales Agreement originally signed on 9/11/2009 date, and outlines specific conditions and services to be provided. This Addendum may not be further amended or changed unless done so in writing and signed by Hotel and Group. The Hotel reserves the right to charge additional fees for labor and/or purchases that exceed the normal expectations of a group of this nature and size. Should the needs of the group exceed normal expectations of staff members, the Hotel reserves the right to charge back additional incurred labor. Upon receipt, the Hotel will countersign and approval, please indicate your acceptance by signing and returning it to the Hotel. Upon receipt, the Hotel will countersign and return a copy to you. Once countersigned, this document will then constitute the full and complete revised binding agreement and the updated arrangements outlined will be considered definite, and non-transferable to another party or date.

### GROUP ROOM TYPES AND RATE:

| Arrival Date | Departure Date | Room Type | Single | Double | Triple | Quad |
|---|---|---|---|---|---|---|
| 4/13/2014 | 4/23/2014 | Run of House | $145 | $145 | $145 | $145 |
| 4/13/2014 | 4/23/2014 | Resort Parlor Room | $175 | $175 | $175 | $175 |
| 4/13/2014 | 4/23/2014 | Spa Executive Suite | $195 | $195 | $195 | $195 |
| 4/13/2014 | 4/23/2014 | Spa T Suite | $220 | $220 | $220 | $220 |
| 4/13/2014 | 4/23/2014 | Spa Master King Suite | $220 | $220 | $220 | $220 |
| 4/13/2014 | 4/23/2014 | Spa Master Queen Suite | $220 | $220 | $220 | $220 |
| 4/13/2014 | 4/23/2014 | Spa Grand Suite | $270 | $270 | $270 | $270 |

### CONCESSIONS:

1) Lodges 1,3,5,9 and 10 will be utilized for exclusive housing of Eden Tours' guests from April 12, 1014 – April 23, 2014. *(Due to guestroom renovations, certain rooms are not available in the above mentioned lodges: Hotel to provide specific room numbers).*

2) Hotel agrees to add (14) guestrooms in Lodge 6 to compensate the difference.

3) Lodge 6 will not be available for overflow (unless premium is paid $425.00 King / $455 Queen/Queen) with the exception of the aforementioned (14) guestrooms.

4) Please note that all resort suites are now one-bedroom suites and cannot be used as separate rooms. These guestrooms are now accessible with one key.

5) Most renovated King Rooms will have a small pullout love seat sofa (capacity for 1 adult/teen, or 2 small children). Maximum guest occupancy is four (4) persons, including any children. Rollaway beds are not permitted in guestrooms with pullout sofas. *Any exceptions must be approved by the Hotel in writing.*

6) Renovated Queen/Queen rooms will not have a pullout love seat sofa and will have (1) single oversized armchair not conducive for sleeping. Maximum guest occupancy is four (4) persons, including any children. Rollaway beds are not permitted in renovated Queen/Queen rooms due to fire code regulations. *Any exceptions must be approved by the hotel in writing.*

7) For all new Villa guestrooms & Suites: (Trump Renovated)
Maximum occupancy is four (4) persons in all Deluxe rooms (King or Queen/Queen).
A maximum of one (1) roll-away bed permitted per deluxe king room (only where there is no pull-out bed).
No roll-away beds permitted in deluxe queen/queen rooms.
A maximum of one (1) roll-away bed permitted per parlor portion of deluxe one-bedroom suite, and (1) roll-away bed per king guestroom portion of deluxe one-bedroom suite.
*Any exceptions must be approved by the hotel in writing.*

*Thursday, March 27, 2014*

For all Standard guestrooms & Suites:   (Not Trump Renovated yet)
Maximum occupancy is four (4) persons in King standard room and five (5) persons in Double/Double standard room.
A maximum of one (1) roll-away bed permitted per standard king room
A maximum of one (1) roll-away bed permitted per standard double/double room
A maximum of one (1) roll-away bed permitted per parlor portion of standard one-bedroom suite, and (1) roll-away bed per standard king guestroom portion of one-bedroom suite
*Any exceptions must be approved by the Hotel in writing*

For Spa Suites:   A maximum of one (1) roll-away bed permitted per suite.
*Any exceptions must be approved by the Hotel in writing*

8)  The Hotel will provide attendants during the four (4) Holy Days of Passover, as well as the Sabbath, to open any sleeping rooms for Group guests at specified times provided by Group from sunset prior to each Holy Day.  One (1) attendant per lodge will be complimentary, up to 6 lodges.  Should additional Hotel attendants be required by Group, additional labor fees will apply at a rate of $35 per attendant, per hour with a four (4) hour minimum.

9)  The use of specialized lock mechanisms are not permitted, with the exception of Lodge 5.  The Hotel will provide hard keys for all renovated rooms.  A security deposit of $25.00 will be taken at time of check-in and charged should hard keys not be returned.

10)  The following fees will apply for cribs and rollaway beds:
Cribs will be supplied at no additional cost up to Hotel's existing inventory, currently twenty (20).

    i.   Additional cribs must be requested in advance and will be provided at a rental fee of $100.00 each and will be billed back to the individual guest by the Hotel.

    ii   Rollaway beds will be supplied at no additional cost up to Hotel's existing inventory, currently twenty (20).  Additional rollaway beds must be requested in advance and will be provided at a rental fee of $125.00 each and will be billed back to the individual guest by the Hotel.

    iii   Upgraded rollaway beds must be requested in advance and will be provided at a rental fee of $175.00 each and will be billed back to the individual guest by the Hotel.

    iv   Pack & Plays must be requested in advance and will be provided at a rental fee of $75.00 each and will be billed back to the individual guest by the Hotel.

11)  ET Passover, LLC will be charged at hotel cost for the purchase of Pump Soap, Additional Tissue Boxes, and Wrapped Cups for the individual guest room, estimated at $6,300.  ET Passover, LLC has the right to purchase such items on their own and provide to the Hotel for delivery.  Delivery fee of these items to the individual guestrooms will be waived.

12)  Should Group require removal of items from the mini-bars in each guestroom, a fee of $50.00 per mini bar will apply and be billed to the Master Account.

13)  The following additional guestroom amenities will be provided at the guests' request for an additional fee and be billed back to the individual guest as follows:
    a.   Extra Blankets - $15.00 each
    b.   Clothing Rack - $50.00 each
    c.   Mini-Refrigerator - $75.00 each
    d.   Extra Pillows - $25.00 each
*Please note the removal of items from a guestroom is prohibited.  Additional requests for blankets and pillows to be used during meal periods and Seders will be provided for additional fees.  Such request must be provided to Hotel one week prior to the event start date.  Should items be removed from the guestroom, the Hotel reserves the right to charge a replacement charge.*

14)  The Trump National Doral Miami will give ET Passover, LLC sole use of the Lower Level Royal Palm Pool for the entirety of the (10) day program, as well as utilization of the Spa Pool during the (4) non holy days of Passover, determined by client.  (Hotel will require ET Passover, LLC to specify dates of the non-holy days, three (3) months prior to each Passover event).  Trump National Doral Miami will make every effort to ensure the pool areas are reserved solely for ET Passover, LLC guests through use of signage or ropes and stanchion.  The Royal Palm Pool Slide will be made available for ET Passover, LLC's exclusive use throughout the ten (10) days on property for each contracted year.  Should group request foliage, arrangements and cost will be responsibility of Group.  *(Note:  In 2013, (300) palm trees rented  for both pools @ $5,520.00)*

15)  Pool attendants and a life guard will be present during the 10-days from 7am – Sunset at the Executive Pool and slide.  During non-operational hours, the cost for a pool attendant and a lifeguard is $35 per person, per hour with a 4-hour minimum.  Without a pool attendant and life guard present, the pool and slide cannot be used by any hotel guest.

16)  Hotel has purchased one (1) Jacuzzi for main pool prior to April 1, 2010 for Group's utilization during next five years of Passover programs.  Installation and removal fees will be waived.

17)  Hotel has purchased equipment for one (1) playground and designated a playground area prior to April 1, 2010 for utilization during the next 5 years of Passover program.   Hotel will not be responsible for fencing surrounding the

*Thursday, March 27, 2014*

playground area if requested *(Note: In 2013, Fencing Cost @ $400.00)*. Installation and removal fees will be waived. *As of March 26, 2014 client has declined to place a fence surrounding the playground area.*

18) Any scope of work requiring Hotel Engineering staff (with the exception of set up and tear down of playground and Jacuzzi) will incur a minimum labor fee of $75.00 per hour, 4 hour minimum for all installations. Costs for material or additional labor will be the responsibility of the Group. All arrangements must be made in advance. This will also apply to Group selected Caterer. This includes, but is not limited to the following:

    a. Group has purchased flushometers for Legends Ballroom Men's and Women's Restroom, and are being stored by Hotel - plumbing and installation fees will apply. Should Group need additional flushometers, Group will be charged at cost. *(Note: In 2013,Plumbing Cost - $1,500)*

    b. Hotel will not provide an outdoor kitchen. Should Group elect to set up an outdoor kitchen area, all associated costs (Tent, Kitchen Equipment, Lighting, Power, Water, etc.) will be the responsibility of the Group. Group must obtain approval by Hotel for location and set up. *(2013 Cost - $2,700)*

    c. Should Caterer or Group require a refrigerated truck, usage of the Hotel Power source will be billed at $100.00 per day.

19) Storage location for (1) 18' trailer on property is at the discretion of Hotel. Hotel may require that trailer be relocated on property at any time, at the expense of the Group. Trailer must be removed from Hotel by Thursday, April 24, 2014.

20) The Hotel will assist in setup and teardown of meeting space at no additional fee prior to and after every given Passover Program. *Banquet set-up labor fees (estimated to be at $28,000)* will apply for additional meeting rooms utilized above and beyond Legends Ballroom and 11 Breakout Rooms in Bobby Jones Villa, including room turns. All additional meeting space requested for any group function are subject to Hotel availability and must be pre-approved in advance in writing from the Hotel authorized representative.  No Seders are permitted in the public space of lower lodge 9/10 foyers or Legends round Rotunda areas due to fire safety/compliance.  (Legends Main Foyer and Side Foyers are permitted and included in contracted rental, should it not exceed fire safety requirements.)

21) Function space will be provided at the times and locations listed based upon the agreed number of attendees listed below. Based upon the requirements outlined by Group, the Hotel has reserved the function space set forth in this agreement. Forty-Five (45) days prior to the event, a tentative schedule with anticipated attendance figures is due to the Hotel. Unless otherwise indicated contractually, no function rooms will be held on a 24-hour basis. The Hotel reserves the right to reassign specific function space provided the space adequately accommodates event requirements. Such changes will be in writing and agreed upon by both parties. Final approval must be received from the Hotel's conference services manager before publishing meeting room names. Function rooms are assigned and room rental charges are based upon the requirements outlined.  Upon receipt of final detailed program, all unassigned meeting/function space will be released back to Hotel.

| Date | Start Time | End Time | Function | Room | Setup | Agr | Room Rental |
|---|---|---|---|---|---|---|---|
| 4/6/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | - | N/A |
| 4/7/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/8/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/9/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/10/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/10/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/11/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/11/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/12/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/12/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Existing | | N/A |
| 4/13/2014 | 6:00 AM | 1:00 PM | Setup | Legends Covered Patio | Rounds of 10 | | N/A |

Thursday, March 27, 2014

| Date | Start | End | Function | Location | Setup | Count | Fee |
|---|---|---|---|---|---|---|---|
| 4/13/2014 | 6:00 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/13/2014 | 6:00 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/13/2014 | 6:00 AM | 11:59 PM | Nusach Sefard Shul Set-up | Plum A&B | Special Set – See Comments | | N/A |
| 4/13/2014 | 6:00 AM | 11:59 PM | Setup | Lodge 9 & 10 Courtyard (TBD Usage) | Rounds of 10 | | N/A |
| 4/13/2014 | 6:00 AM | 11:59 PM | Hold | Legends Boardroom | Existing | | N/A |
| 4/13/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | N/A | | N/A |
| 4/13/2014 | 8:00 AM | 11:59 PM | Setup | Legends Ballroom | See Diagram | | N/A |
| 4/13/2014 | 1:00 PM | 4:00 PM | Luncheon | Legends Covered Patio | Rounds of 10 | 600 | N/A |
| 4/13/2014 | 4:00 PM | 11:59 PM | Tea Room (Set-up) | Legends Ballroom 3-4 | Special Set – See Comments | - | N/A |
| 4/13/2014 | 5:45 PM | 11:59 PM | Shul | Legends 1-3 | Theater | 400 | - |
| 4/13/2014 | 6:00 PM | 11:00 PM | Dinner | Legends Covered Patio | Rounds of 10 | 800 | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Possible Seder Room | The White & Gold ABC | Theater | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set – See Comments | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | Rounds of 10 | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9-10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/14/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Possible Usage for Seder Rooms | Oak/Wildwood/ Cypress | Special Set – See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | - | 200 | N/A |
| 4/14/2014 | 7:00 AM | 8:45 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/14/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 12 | 800 | N/A |

CONFIDENTIAL AND PROPRIETARY

p.4

Apr 03 14 04:45p

Thursday, March 27, 2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/14/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/14/2014 | 11:30 AM | 12:00 PM | Burning of the Chometz | Legends Parking Lot | - | - | N/A |
| 4/14/2014 | 12:00 PM | 4:00 PM | Lunch | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/14/2014 | 4:00 PM | 11:59 PM | Set-up of Seders | The Ivanka Trump Ballroom (A/B/C) | Special Set – See Comments | - | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 5:00 PM | 6:00 PM | Kids' Dinner | Bobby Jones Courtyard | Rounds of 12 | 100 | N/A |
| 4/14/2014 | 7:15 PM | 7:45 PM | Candle Lighting | Legends Main Pre-Function | N/A | | N/A |
| 4/14/2014 | 7:15 PM | 11:59 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Hold for Seder | Guava | Special Set – See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 8:45 PM | 11:59 PM | Hold for Seder | Redwood | Special Set – See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 8:45 PM | 11:59 PM | Hold for Seder | Chairman's Boardroom | Special Set – See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 5-8 | | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 1 | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 2 | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 9 | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 10 | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 11 | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 12 | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Banyan | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Willow | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Aralia | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Ryder | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Lantana | Special Set – See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Rosewood | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS | See Diagram | | N/A |

*Thursday, March 27, 2014*

| | | | | (ALL) | | | |
|---|---|---|---|---|---|---|---|
| 4/15/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/15/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Shul 24 Hour Hold | Legends 1-3 | Theater | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Possible Seder Usage | Cypress/Oak;/ Wildwood | Special Set – See Comments | | Included in Banquet Set-up Labor Fee |
| 4/15/2014 | 5:00 AM | 1:15 PM | Room Turn - Lunch | Legends Ballroom 5-12 | See Diagram | | Included in Banquet Set-up Labor Fee |
| 4/15/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/15/2014 | 7:00 AM | 8:45 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/15/2014 | 7:00 AM | 8:45 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/15/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | | 800 | N/A |
| 4/15/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool & Spa Pool | | | N/A |
| 4/15/2014 | 8:45 AM | 8:45 PM | Shul | Plum A&B | Theater | 100 | N/A |
| 4/15/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/15/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/15/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom 5-12 | Special Set – See Comments | 1000 | N/A |
| 4/15/2014 | 3:00 PM | 8:45 PM | Room Turn - Seder | Legends Ballroom 5-12 | See Diagram | | Included in Banquet Set-up Labor Fee |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Banyan | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Willow | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Aralia | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Ryder | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Lantana | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Rosewood | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom | | | N/A |

Thursday, March 27, 2014

| | | | | 5-8 | | | |
|---|---|---|---|---|---|---|---|
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 9 | Special Set - See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 10 | Special Set - See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 11 | Special Set - See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 12 | Special Set - See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 2 | Special Set - See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 1 | Special Set - See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seders | The Ivanka Trump Ballroom | Special Set - See Comments | | Included in Banquet Set-up Labor Fee |
| 4/16/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set - See Comments | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | N/A | Legends Suite/Office | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set - See Comments | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/16/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set - See Comments | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | - | - | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | | N/A |
| 4/16/2014 | 5:00 AM | 1:15 PM | Room Turn – Seder to Yom Tov Lunch | Legends Ballroom 5-12 | See Diagram | | $2,000.00 |
| 4/16/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/16/2014 | 7:00 AM | 8:45 PM | Synagogue | Legends 1-3 | Theater | | N/A |
| 4/16/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/16/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/16/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | | | N/A |
| 4/16/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/16/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Covered | Rounds of 12 | 1000 | N/A |

*Thursday, March 27, 2014*

| | | | | Patio | | | |
|---|---|---|---|---|---|---|---|
| 4/16/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom 5-12 | Special Set – See Comments | 1000 | N/A |
| 4/16/2014 | 6:15 PM | 9:00 PM | Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/16/2014 | 9:30 PM | 11:59 PM | Entertainment Night | Legends 1-3 | See Diagram | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/17/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set – See Comments | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | - | - | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set – See Comments | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/17/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/17/2014 | 7:00 AM | 8:15 AM | Shul | Legends 1-3 | Theater | | N/A |
| 4/17/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/17/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | | 500 | N/A |
| 4/17/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/17/2014 | 8:45 AM | 8:45 AM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/17/2014 | 12:30 PM | 2:30 PM | Lunch | Legends Covered Patio | Rounds of 12 | 500 | N/A |
| 4/17/2014 | 5:00 PM | 8:00 PM | BBQ Dinner | Champions Pavilion | See Diagram | 1000 | Included in Banquet Set-up Labor Fee |
| 4/17/2014 | 8:00 PM | 11:00 PM | Concert | Legends Ballroom 1-3 | Existing Room Set | | N/A |
| 4/17/2014 | 11:00 PM | 1:00 AM | Late Night Reception | Crystal Ballroom & Terrace | Special Set – See Comments | 500 | Included in Banquet Set-up Labor Fee |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS | See Diagram | | N/A |

CONFIDENTIAL AND PROPRIETARY

Thursday, March 27, 2014

(ALL)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/18/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set - See Comments | |
| 4/18/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set - See Comments | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | $10,000.00 |
| 4/18/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set - See Comments | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | - | - | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | N/A |
| 4/18/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/18/2014 | 7:00 AM | 8:00 PM | Room Turn - Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | Included in Banquet Set-up Labor Fee |
| 4/18/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/18/2014 | 7:00 AM | 11:59 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/18/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 10 | 800 | N/A |
| 4/18/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/18/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/18/2014 | 12:30 PM | 2:30 PM | Lunch | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/18/2014 | 5:00 PM | 6:00 PM | Children's Dinner | Bobby Jones Courtyard | Rounds of 10 | 100 | N/A |
| 4/18/2014 | 8:00 PM | 11:59 PM | Shabbos Dinner | Legends 5-12 | See Diagram | 1000 | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 3-4 | Special Set - See Comments | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 | - | - | N/A |

| Date | Start Time | End Time | Function | Room | Setup | Number | Cost |
|---|---|---|---|---|---|---|---|
| | | | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Kitchen | Existing | | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Registration Desk | Registration | - | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Office | Legends Suite/Office | Existing | · | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Storage | Existing | | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Storage | Legends Main Pre-Function | - | 200 | N/A |
| 4/19/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Ginger | Theater | | N/A |
| 4/19/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/19/2014 | 7:30 AM | 10:30 AM | Breakfast | Lower Royal Palm Pool and Spa Pool | | | N/A |
| 4/19/2014 | 8:00 AM | 10:00 PM | Dedicated Pools | Legends 1–3 | Theater | | N/A |
| 4/19/2014 | 8:45 AM | 8:45 PM | Shul | Carissa | Theater | 40 | N/A |
| 4/19/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/19/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Ballroom 5–12 | See Diagram | 1000 | N/A |
| 4/19/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom | Theater | 1000 | Included in |
| 4/19/2014 | 3:00 PM | 9:45 PM | Room Turn - | | | | Banquet Set-up Labor Fee |
| 4/19/2014 | 3:00 PM | 9:45 PM | Room Turn - Concert | Legends Ball... 5–12 | | | |
| 4/19/2014 | 6:30 PM | 8:00 PM | Seuda Shlishis | The Ivanka Trump Ballroom | Rounds of 12 | 1000 | Included in Banquet Set-up Labor Fee |
| 4/19/2014 | 9:45 PM | 11:59 PM | Concert | Legends Ballroom 5–12 | Theater | 2000 | N/A |
| 4/19/2014 | 11:59 PM | 2:00 AM | Late Night Reception | Royal Palm Pool | Special Set – See Comments | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set – See Comments | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | - | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/20/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul | Plum A&B | Special Set – See Comments | | N/A |

CONFIDENTIAL AND PROPRIETARY

Apr 03 14 04:51p                                                                                     p.11

Thursday, March 27, 2014

| | | | 24 Hour Hold | | | | |
|---|---|---|---|---|---|---|---|
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard | - | - | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/20/2014 | 5:00 AM | 8:30 PM | Room Turn from Concert to Dinner | Legends Ballroom 5-12 | See Diagram | | Included in Banquet Set-up Labor Fee |
| 4/20/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | - | 200 | N/A |
| 4/20/2014 | 7:00 AM | 11:59 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/20/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/20/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/20/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/20/2014 | 12:30 PM | 2:30 PM | Lunch | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/20/2014 | 1:00 PM | 5:00 PM | Carnival | Legends Parking Lot | - | - | Cleaning Fees May Apply |
| 4/20/2014 | 3:30 PM | 11:00 PM | Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Rayberry | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | - | - | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/21/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | - | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/21/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/21/2014 | 7:00 AM | 10:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/21/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | | | N/A |
| 4/21/2014 | 8:30 AM | 10:30 AM | Breakfast | Legends Covered | Rounds of 12 | 800 | N/A |

[ x ]

Title: President/Owner

Signature:

Date:

Melinda Reilly

Signature: Melinda Reilly

Date: 4/8/14

Name: Allison Dlugatz
Title: Director of Catering & Conference Services

Signature:

Date:

*CONFIDENTIAL AND PROPRIETARY*

*Page 14 of 14*

*Thursday, March 27, 2014*



*Trump National Doral*

MIAMI

Contract Addendum

The following represents a revised agreement between: Trump Miami Resort Management, LLC d/b/a Trump National Doral Miami ("Hotel"), 4400 NW 87th Avenue, Miami, FL, 33178, (305) 592-2000 and EF Passover, LLC ("Group") and outlines specific conditions and services to be provided.

The following represents an Addendum to the 2014 Group Sales Agreement originally signed on 9/11/2009 date, and outlines specific conditions and services to be provided. This Addendum may not be further amended or changed unless done so in writing and signed by Hotel and Group. The Hotel reserves the right to charge additional fees for labor and/or purchases that exceed the normal expectations of a group of this nature and size. Should the needs of the group exceed normal expectations of staff members, the Hotel reserves the right to charge back additional incurred labor. Should the terms outlined in this Agreement meet with your approval, please indicate your acceptance by signing and returning to the Hotel. Upon receipt, the Hotel will countersign and return a copy to you. Once countersigned, this document will then constitute the full and complete revised binding agreement and the updated arrangements outlined will be considered definite, and non-transferable to another party or date.

GROUP ROOM TYPES AND RATE:

| Arrival Date | Departure Date | Room Type | Single | Double | Triple | Quad |
|---|---|---|---|---|---|---|
| 4/13/2014 | 4/23/2014 | Run of House | $145 | $145 | $145 | $145 |
| 4/13/2014 | 4/23/2014 | Resort Parlor Room | $175 | $175 | $175 | $175 |
| 4/13/2014 | 4/23/2014 | Spa Executive Suite | $195 | $195 | $195 | $195 |
| 4/13/2014 | 4/23/2014 | Spa 1 Suite | $220 | $220 | $220 | $220 |
| 4/13/2014 | 4/23/2014 | Spa Master King Suite | $220 | $220 | $220 | $220 |
| 4/13/2014 | 4/23/2014 | Spa Master Queen Suite | $220 | $220 | $220 | $220 |
| 4/13/2014 | 4/23/2014 | Spa Grand Suite | $270 | $270 | $270 | $270 |

CONCESSIONS:

1) Lodges 1,3,5,9 and 10 will be utilized for exclusive housing of Eden Tours' guests from April 12, 1014 – April 23, 2014. *(Due to guestroom renovations, certain rooms are not available in the above mentioned lodges; Hotel to provide specific room numbers).*

2) Hotel agrees to add (14) guestrooms in Lodge 6 to compensate the difference.

3) Lodge 6 will not be available for overflow (unless premium is paid $425.00 King / $155 Queen/Queen) with the exception of the aforementioned (14) guestrooms.

4) Please note that all resort suites are now one-bedroom suites and cannot be used as separate rooms. These guestrooms are now accessible with one key.

5) Most renovated King Rooms will have a small pullout love seat sofa (capacity for 1 adult/teen, or 2 small children). Maximum guest occupancy is four (4) persons, including any children. Rollaway beds are not permitted in guestrooms with pullout sofas. *Any exceptions must be approved by the Hotel in writing.*

6) Renovated Queen/Queen rooms will **not** have a pullout love seat sofa and will have (1) single oversized armchair not conducive for sleeping. Maximum guest occupancy is four (4) persons, including any children. Rollaway beds are **not** permitted in renovated Queen/Queen rooms due to fire code regulations. *Any exceptions must be approved by the hotel in writing.*

7) For all new Villa guestrooms & Suites:  **(Trump Renovated)**
Maximum occupancy is four (4) persons in all Deluxe rooms (King or Queen/Queen)
A maximum of one (1) roll-away bed permitted per deluxe king room (only where there is no pull-out bed).
No roll-away beds permitted in deluxe queen/queen rooms.
A maximum of one (1) roll-away bed permitted per parlor portion of deluxe one-bedroom suite, and (1) roll-away bed per king guestroom portion of deluxe one-bedroom suite.
*Any exceptions must be approved by the hotel in writing.*

*Thursday, March 27, 2014*

**For all Standard guestrooms & Suites:   (Not Trump Renovated yet)**
Maximum occupancy is four (4) persons in King standard room and five (5) persons in Double/Double standard room.
A maximum of one (1) roll-away bed permitted per standard king room
A maximum of one (1) roll-away bed permitted per standard double/double room
A maximum of one (1) roll-away bed permitted per parlor portion of standard one-bedroom suite, and (1) roll-away bed per standard king guestroom portion of one-bedroom suite
*Any exceptions must be approved by the Hotel in writing*

**For Spa Suites:** A maximum of one (1) roll-away bed permitted per suite.
*Any exceptions must be approved by the Hotel in writing*

8) The Hotel will provide attendants during the four (4) Holy Days of Passover, as well as the Sabbath, to open any sleeping rooms for Group guests at specified times provided by Group from sunset prior to each Holy Day. One (1) attendant per lodge will be complimentary, up to 6 lodges. Should additional Hotel attendants be required by Group, additional labor fees will apply at a rate of $35 per attendant, per hour with a four (4) hour minimum.

9) The use of specialized lock mechanisms are not permitted, with the exception of Lodge 5. The Hotel will provide hard keys for all renovated rooms. A security deposit of $25.00 will be taken at time of check-in and charged should hard keys not be returned.

10) The following fees will apply for cribs and rollaway beds:
    Cribs will be supplied at no additional cost up to Hotel's existing inventory, currently twenty (20).
    i.   Additional cribs must be requested in advance and will be provided at a rental fee of $100.00 each and will be billed back to the individual guest by the Hotel.
    ii.  Rollaway beds will be supplied at no additional cost up to Hotel's existing inventory, currently twenty (20).  Additional rollaway beds must be requested in advance and will be provided at a rental fee of $125.00 each and will be billed back to the individual guest by the Hotel.
    iii. Upgraded rollaway beds must be requested in advance and will be provided at a rental fee of $175.00 each and will be billed back to the individual guest by the Hotel.
    iv.  Pack & Plays must be requested in advance and will be provided at a rental fee of $75.00 each and will be billed back to the individual guest by the Hotel.

11) ET Passover, LLC will be charged at hotel cost for the purchase of Pump Soap, Additional Tissue Boxes, and Wrapped Cups for the individual guest room, estimated at $6,300.  ET Passover, LLC has the right to purchase such items on their own and provide to the Hotel for delivery.  Delivery fee of these items to the individual guestrooms will be waived.

12) Should Group require removal of items from the mini-bars in each guestroom, a fee of $50.00 per mini bar will apply and be billed to the Master Account.

13) The following additional guestroom amenities will be provided at the guests' request for an additional fee and be billed back to the individual guest as follows:
    a.  Extra Blankets - $45.00 each
    b.  Clothing Rack - $50.00 each
    c.  Mini-Refrigerator - $75.00 each
    d.  Extra Pillows - $25.00 each
    *Please note the removal of items from a guestroom is prohibited.  Additional requests for blankets and pillows to be used during meal periods and Seders will be provided for additional fees.  Such request must be provided to Hotel one week prior to the event start date.  Should items be removed from the guestroom, the Hotel reserves the right to charge a replacement charge.*

14) The Trump National Doral Miami will give ET Passover, LLC sole use of the Lower Level Royal Palm Pool for the entirety of the (10) day program, as well as utilization of the Spa Pool during the (4) non holy days of Passover, determined by client. (Hotel will require ET Passover, LLC to specify dates of the non-holy days, three (3) months prior to each Passover event). Trump National Doral Miami will make every effort to ensure the pool areas are reserved solely for ET Passover, LLC guests through use of signage or ropes and stanchion.  The Royal Palm Pool Slide will be made available for ET Passover, LLC's exclusive use throughout the ten (10) days on property for each contracted year.  Should group request foliage, arrangements and cost will be responsibility of Group.  *(Note:  In 2013, (300) palm trees rented  for both pools @ $5,520.00)*

15) Pool attendants and a life guard will be present during the 10-days from 7am – Sunset at the Executive Pool and slide. During non-operational hours, the cost for a pool attendant and a lifeguard is $35 per person, per hour with a 4-hour minimum. Without a pool attendant and life guard present, the pool and slide cannot be used by any hotel guest.

16) Hotel has purchased one (1) Jacuzzi for main pool prior to April 1, 2010 for Group's utilization during next five years of Passover programs. Installation and removal fees will be waived.

17) Hotel has purchased equipment for one (1) playground and designated a playground area prior to April 1, 2010 for utilization during the next 5 years of Passover program.   Hotel will not be responsible for fencing surrounding the

*Thursday, March 27, 2014*

playground area if requested (*Note: In 2013, Fencing Cost @ $400.00*). Installation and removal fees will be waived. *As of March 26, 2014 client has declined to place a fence surrounding the playground area.*

18) Any scope of work requiring Hotel Engineering staff (with the exception of set up and tear down of playground and Jacuzzi) will incur a minimum labor fee of $75.00 per hour, 4 hour minimum for all installations. Costs for material or additional labor will be the responsibility of the Group. All arrangements must be made in advance. This will also apply to Group selected Caterer. This includes, but is not limited to the following:

    a. Group has purchased flushometers for Legends Ballroom Men's and Women's Restroom, and are being stored by Hotel - plumbing and installation fees will apply. Should Group need additional flushometers, Group will be charged at cost. (*Note: In 2013, Plumbing Cost - $1,500*)

    b. Hotel will not provide an outdoor kitchen. Should Group elect to set up an outdoor kitchen area, all associated costs (Tent, Kitchen Equipment, Lighting, Power, Water, etc.) will be the responsibility of the Group. Group must obtain approval by Hotel for location and set up (*2013 Cost $2,700*)

    c. Should Caterer or Group require a refrigerated truck, usage of the Hotel Power source will be billed at $100.00 per day.

19) Storage location for (1) 18' trailer on property is at the discretion of Hotel. Hotel may require that trailer be relocated on property at any time, at the expense of the Group. Trailer must be removed from Hotel by Thursday, April 24, 2014.

20) The Hotel will assist in setup and teardown of meeting space at no additional fee prior to and after every given Passover Program. *Banquet set-up labor fees (estimated to be at $28,000)* will apply for additional meeting rooms utilized above and beyond Legends Ballroom and 11 Breakout Rooms in Bobby Jones Villa, including room turns. All additional meeting space requested for any group function are subject to Hotel availability and must be pre-approved in advance in writing from the Hotel authorized representative.  No Seders are permitted in the public space of lower lodge 9/10 foyers or Legends round Rotunda areas due to fire safety/compliance. (Legends Main Foyer and Side Foyers are permitted and included in contracted rental, should it not exceed fire safety requirements.)

21) Function space will be provided at the times and locations listed based upon the agreed number of attendees listed below. Based upon the requirements outlined by Group, the Hotel has reserved the function space set forth in this agreement. Forty-Five (45) days prior to the event, a tentative schedule with anticipated attendance figures is due to the Hotel. Unless otherwise indicated contractually, no function rooms will be held on a 24-hour basis. The Hotel reserves the right to reassign specific function space provided the space adequately accommodates event requirements. Such changes will be in writing and agreed upon by both parties. Final approval must be received from the Hotel's conference services manager before publishing meeting room names. Function rooms are assigned and room rental charges are based upon the requirements outlined. Upon receipt of final detailed program, all unassigned meeting/function space will be released back to Hotel.

| Date | Start time | End time | Function | Room | Setup | Agr | Room Rental |
|------|-----------|----------|----------|------|-------|-----|-------------|
| 4/6/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | - | N/A |
| 4/7/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/8/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/9/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/10/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/10/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/11/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/11/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/12/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/12/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/13/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Existing | | N/A |
| 4/13/2014 | 6:00 AM | 1:00 PM | Setup | Legends Covered Patio | Rounds of 10 | | N/A |

*Thursday, March 27, 2014*

| Date | Start | End | Function | Location | Setup | Count | Fee |
|---|---|---|---|---|---|---|---|
| 4/13/2014 | 6:00 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/13/2014 | 6:00 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/13/2014 | 6:00 AM | 11:59 PM | Nusach Sefard Shul Set-up | Plum A&B | Special Set – See Comments | | N/A |
| 4/13/2014 | 6:00 AM | 11:59 PM | Setup | Lodge 9 & 10 Courtyard (TBD Usage) | Rounds of 10 | | N/A |
| 4/13/2014 | 6:00 AM | 11:59 PM | Hold | Legends Boardroom | Existing | | N/A |
| 4/13/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | N/A | | N/A |
| 4/13/2014 | 8:00 AM | 11:59 PM | Setup | Legends Ballroom | See Diagram | | N/A |
| 4/13/2014 | 1:00 PM | 4:00 PM | Luncheon | Legends Covered Patio | Rounds of 10 | 600 | N/A |
| 4/13/2014 | 4:00 PM | 11:59 PM | Tea Room (Set-up) | Legends Ballroom 3-4 | Special Set – See Comments | - | N/A |
| 4/13/2014 | 5:45 PM | 11:59 PM | Shul | Legends 1-3 | Theater | 400 | - |
| 4/13/2014 | 6:00 PM | 11:00 PM | Dinner | Legends Covered Patio | Rounds of 10 | 800 | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Possible Seder Room | The White & Gold ABC | Theater | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set – See Comments | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | Rounds of 10 | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/14/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/14/2014 | 12:01 AM | 11:59 PM | Possible Usage for Seder Rooms | Oak/Wildwood/ Cypress | Special Set – See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | - | 200 | N/A |
| 4/14/2014 | 7:00 AM | 8:45 AM | Shul | Legends 1-3 | Theater | | N/A |
| 4/14/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 12 | 800 | N/A |

Thursday, March 27, 2014

| 4/14/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Royal Palm Pool and Spa Pool | - | - | N/A |
|---|---|---|---|---|---|---|---|
| 4/14/2014 | 11:30 AM | 12:00 PM | Burning of the Chometz | Legends Parking Lot | - | - | N/A |
| 4/14/2014 | 12:00 PM | 4:00 PM | Lunch | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/14/2014 | 4:00 PM | 11:59 PM | Set-up of Seders | The Ivanka Trump Ballroom (A/B/C) | Special Set - See Comments | - | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 5:00 PM | 6:00 PM | Kids' Dinner | Bobby Jones Courtyard | Rounds of 12 | 100 | N/A |
| 4/14/2014 | 7:15 PM | 7:45 PM | Candle Lighting | Legends Main Pre-Function | N/A | | N/A |
| 4/14/2014 | 7:15 PM | 11:59 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Hold for Seder | Guava | Special Set - See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 8:45 PM | 11:59 PM | Hold for Seder | Redwood | Special Set - See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 8:45 PM | 11:59 PM | Hold for Seder | Chairman's Boardroom | Special Set - See Comments | | Included in Banquet Set-up Labor Fee |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 5-8 | | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 1 | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 2 | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 9 | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 10 | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 11 | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 12 | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Banyan | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Willow | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Aralia | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Ryder | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Lantana | Special Set - See Comments | | N/A |
| 4/14/2014 | 8:45 PM | 11:59 PM | Seder | Rosewood | Special Set - See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS | See Diagram | | N/A |

Thursday, March 27, 2014

| | | | | (All) | | | |
|---|---|---|---|---|---|---|---|
| 4/15/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/15/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Shul 24 Hour Hold | Legends 1-3 | Theater | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/15/2014 | 12:01 AM | 11:59 PM | Possible Seder Usage | Cypress/Oak/ Wildwood | Special Set – See Comments | | Included in Banquet Set-up Fee |
| 4/15/2014 | 5:00 AM | 1:15 PM | Room Turn – Lunch | Legends Ballroom 5-12 | See Diagram | | Included in Banquet Set-up Labor Fee |
| 4/15/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/15/2014 | 7:00 AM | 8:45 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/15/2014 | 7:00 AM | 8:45 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/15/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | | 800 | N/A |
| 4/15/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool & Spa Pool | | | N/A |
| 4/15/2014 | 8:45 AM | 8:45 PM | Shul | Plum A&B | Theater | 100 | N/A |
| 4/15/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/15/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/15/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom 5-12 | Special Set – See Comments | 1000 | N/A |
| 4/15/2014 | 3:00 PM | 8:45 PM | Room Turn – Seder | Legends Ballroom 5-12 | See Diagram | | Included in Banquet Set-up Labor Fee |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Banyan | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Willow | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Aralia | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Ryder | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Lantana | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Rosewood | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom | | | N/A |

*Thursday, March 27, 2014*

| | | | | 5-8 | | | |
|---|---|---|---|---|---|---|---|
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 9 | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 10 | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 11 | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 12 | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 2 | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seder | Legends Ballroom 1 | Special Set – See Comments | | N/A |
| 4/15/2014 | 8:45 PM | 11:59 PM | Seders | The Ivanka Trump Ballroom | Special Set – See Comments | | **Included in Banquet Set-up Labor Fee** |
| 4/16/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | N/A | Legends Suite/Office | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/16/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set – See Comments | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | - | - | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/16/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set – See Comments | | N/A |
| 4/16/2014 | 5:00 AM | 1:15 PM | Room Turn – Seder to Yom Tov Lunch | Legends Ballroom 5-12 | See Diagram | | $2,000.00 |
| 4/16/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/16/2014 | 7:00 AM | 8:45 PM | Synagogue | Legends 1-3 | Theater | | N/A |
| 4/16/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/16/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/16/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | | | N/A |
| 4/16/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/16/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Covered | Rounds of 12 | 1000 | N/A |

Thursday, March 27, 2014

| | | | | Patio | | | |
|---|---|---|---|---|---|---|---|
| 4/16/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom 5-12 | Special Set - See Comments | 1000 | N/A |
| 4/16/2014 | 6:15 PM | 9:00 PM | Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/16/2014 | 9:30 PM | 11:59 PM | Entertainment Night | Legends 1-3 | See Diagram | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set - See Comments | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/17/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set - See Comments | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | - | - | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/17/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set - See Comments | | N/A |
| 4/17/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/17/2014 | 7:00 AM | 8:45 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/17/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/17/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | | 500 | N/A |
| 4/17/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/17/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/17/2014 | 12:30 PM | 2:30 PM | Lunch | Legends Covered Patio | Rounds of 12 | 500 | N/A |
| 4/17/2014 | 5:00 PM | 8:00 PM | BBQ Dinner | Champions Pavilion | See Diagram | 1000 | Included in Banquet Set-up Labor Fee |
| 4/17/2014 | 8:00 PM | 11:00 PM | Concert | Legends Ballroom 1-3 | Existing Room Set | | N/A |
| 4/17/2014 | 11:00 PM | 1:00 AM | Late Night Reception | Crystal Ballroom & Terrace | Special Set - See Comments | 500 | Included in Banquet Set-up Labor Fee |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS | See Diagram | | N/A |

*Thursday, March 27, 2014*

|  |  |  |  | (ALL) |  |  |
|---|---|---|---|---|---|---|
| 4/18/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set - See Comments |  |
| 4/18/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set - See Comments | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | $10,000.00 |
| 4/18/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set - See Comments | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (FBD Usage) | - | - | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | N/A |
| 4/18/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | N/A |
| 4/18/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function |  | 200 | N/A |
| 4/18/2014 | 7:00 AM | 8:00 PM | Room Turn - Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | Included in Banquet Set-up Labor Fee |
| 4/18/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Ginger | Theater |  |  |
| 4/18/2014 | 7:00 AM | 11:59 PM | Shul | Legends 1-3 | Theater |  | N/A |
| 4/18/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 10 | 800 | N/A |
| 4/18/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/18/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/18/2014 | 12:30 PM | 2:30 PM | Lunch | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/18/2014 | 5:00 PM | 6:00 PM | Children's Dinner | Bobby Jones Courtyard | Rounds of 10 | 100 | N/A |
| 4/18/2014 | 8:00 PM | 11:59 PM | Shabbos Dinner | Legends 5-12 | See Diagram | 1000 | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 3-4 | Special Set - See Comments | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 | - | - | N/A |

*Thursday, March 27, 2014*

| | | | | Courtyard (TBD Usage) | | | |
|---|---|---|---|---|---|---|---|
| 4/19/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set – See Comments | | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/19/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | - | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/19/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/19/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | - | 200 | N/A |
| 4/19/2014 | 7:00 AM | 9:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/19/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/19/2014 | 8:00 AM | 10:00 PM | Dedicated Pools | Lower Royal Palm Pool and Spa Pool | | | N/A |
| 4/19/2014 | 8:45 AM | 8:45 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/19/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/19/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/19/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/19/2014 | 3:00 PM | 9:45 PM | Room Turn – Concert | Legends Ballroom 5-12 | Theater | 1000 | Included in Banquet Set-up Labor Fee |
| 4/19/2014 | 6:30 PM | 8:00 PM | Seuda Shlishis | The Ivanka Trump Ballroom | Rounds of 12 | 1000 | Included in Banquet Set-up Labor Fee |
| 4/19/2014 | 9:45 PM | 11:59 PM | Concert | Legends Ballroom 5-12 | Theater | 2000 | N/A |
| 4/19/2014 | 11:59 PM | 2:00 AM | Late Night Reception | Royal Palm Pool | Special Set – See Comments | | **N/A** |
| 4/20/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set – See Comments | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set – See Comments | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | - | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set – See Comments | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/20/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul | Plum A&B | Special Set – See Comments | | N/A |

Thursday, March 27, 2014

| | | | | 24 Hour Hold | | | |
|---|---|---|---|---|---|---|---|
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard | - | - | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/20/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/20/2014 | 5:00 AM | 8:30 AM | Room Turn from Concert to Dinner | Legends Ballroom 5-12 | See Diagram | | Included in Banquet Set-up Labor Fee |
| 4/20/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | - | 200 | N/A |
| 4/20/2014 | 7:00 AM | 11:59 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/20/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 12 | 800 | N/A |
| 4/20/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/20/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/20/2014 | 12:30 PM | 2:30 PM | Lunch | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/20/2014 | 1:00 PM | 5:00 PM | Carnival | Legends Parking Lot | - | - | Cleaning Fees May Apply |
| 4/20/2014 | 8:30 PM | 11:00 PM | Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 4 | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard (TBD Usage) | - | - | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/21/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set - See Comments | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | - | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/21/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/21/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/21/2014 | 7:00 AM | 10:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/21/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | | | N/A |
| 4/21/2014 | 8:30 AM | 10:30 AM | Breakfast | Legends Covered | Rounds of 12 | 800 | N/A |

*Thursday, March 27, 2014*

| | | | | Patio | | | N/A |
|---|---|---|---|---|---|---|---|
| 4/21/2014 | 8:45 AM | 10:00 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/21/2014 | 8:45 AM | 10:00 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/21/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/21/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/21/2014 | 5:00 PM | 6:00 PM | Kids Dinner | Bobby Jones Courtyard | Rounds of 10 | 100 | N/A |
| 4/21/2014 | 8:30 PM | 11:00 PM | Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | LODGE 9+10 MEETING ROOMS (ALL) | See Diagram | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | Bais Medrash 24 Hour Hold | Bayberry | Special Set - See Comments | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | Tea Room 24 Hour Hold | Legends Ballroom 3-4 | Special Set - See Comments | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Suite/Office | Existing | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | Office | Legends Registration Desk | Registration | - | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Kitchen | Existing | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | Hospitality | Legends Main Pre-Function | Special Set - See Comments | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Ballroom | See Diagram | | $10,000.00 |
| 4/22/2014 | 12:01 AM | 11:59 PM | Nusach Sefard Shul 24 Hour Hold | Plum A&B | Special Set - See Comments | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Lodge 9 & 10 Courtyard | Rounds of 10 | - | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Boardroom | Existing | | N/A |
| 4/22/2014 | 12:01 AM | 11:59 PM | 24 Hour Hold | Legends Covered Patio | Rounds of 10 | | N/A |
| 4/22/2014 | 6:30 AM | 7:30 AM | Continental Breakfast | Legends Main Pre-Function | | 200 | N/A |
| 4/22/2014 | 7:00 AM | 5:00 PM | Hashkama Minyan | Ginger | Theater | | N/A |
| 4/22/2014 | 7:30 AM | 10:30 AM | Breakfast | Legends Covered Patio | Rounds of 10 | 800 | N/A |
| 4/22/2014 | 8:00 AM | 10:00 PM | Dedicated Pool | Lower Royal Palm Pool and Spa Pool | - | - | N/A |
| 4/22/2014 | 8:45 AM | 8:45 PM | Shul | Legends 1-3 | Theater | - | N/A |
| 4/22/2014 | 8:45 AM | 8:45 PM | Shul (Sefardic) | Carissa | Theater | 40 | N/A |
| 4/22/2014 | 11:30 AM | 12:30 PM | Kiddush | Legends Covered Patio | Rounds of 12 | 1000 | N/A |
| 4/22/2014 | 1:15 PM | 3:00 PM | Lunch | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/22/2014 | 3:00 PM | 6:30 PM | Room Turn | Legends Ballroom 5-12 | See Diagram | | Included in Banquet Set-up Labor Fee |
| 4/22/2014 | 6:30 PM | 8:30 PM | Dinner | Legends Ballroom 5-12 | See Diagram | 1000 | N/A |
| 4/22/2014 | 11:00 PM | 1:00 AM | Post-Pesach Dinner | Legends Ballroom 5-12 | | | N/A |

Thursday, March 27, 2014

| 4/23/2014 | 12:01 AM | 12:00 PM | Teardown | LODGE 9+10 MEETING ROOMS (ALL) | | | N/A |
| 4/23/2014 | 12:01 AM | 2:00 PM | Teardown | Legends Kitchen | Existing | | N/A |
| 4/23/2014 | 12:01 AM | 5:00 PM | Teardown | Legends Boardroom | Existing | | N/A |
| 4/23/2014 | 12:01 AM | 5:00 PM | Teardown | Plum A&B | Special Set See Comments | | N/A |
| 4/23/2014 | 12:01 AM | 11:59 PM | Teardown/ Clean-up | Legends Ballroom | | | N/A |
| 4/23/2014 | 12:01 AM | 11:59 PM | Teardown/ Clean-up | Legends Main Pre-Function | | | N/A |
| 4/23/2014 | 12:01 AM | 11:59 PM | Teardown | Legends Registration Desk | Registration | | N/A |
| 4/23/2014 | 12:01 AM | 11:59 PM | Storage | Legends Storage | Existing | | N/A |
| 4/23/2014 | 7:00 AM | 12:00 PM | Shul | Legends 1-3 | Theater | | N/A |
| 4/23/2014 | 7:30 AM | 10:00 AM | Breakfast | Legends Covered Patio | | 500 | N/A |
| 4/23/2014 | 10:00 AM | 11:59 PM | Teardown/ Clean-up | Legends Covered Patio | Rounds of 10 | | N/A |

22) All function space and/or room turns above and beyond what is listed in the Function Agenda are subject to room rental/labor fees as listed below:

| Meeting Room | Rental Per Day | Cost per Room Turn |
|---|---|---|
| *Imperial Ballroom* (Champions Pavilion) | | |
| *Ivanka A* (Grand A) | | |
| *Ivanka B* (Grand B) | | |
| *Ivanka C* (Grand C) | | |
| *White & Gold A* (Doral A) | | |
| *White Gold B* (Doral B) | | |
| *White & Gold C* (Doral C) | | |
| *Crystal Ballroom* (Palms North) | *Subject to Banquet set-up labor fee as provided* | |
| *Majestic Ballroom* (Palms South) | | |
| *Majestic Boardroom 1* (Chairman's Boardroom) | | |
| *Majestic Boardroom 2* (Redwood) | | |
| *Majestic Boardroom 3* (Guava) | | |
| Cocoplum | *Due to Renovations, Room No Longer Exists* | |
| LODGE 9/10 Meeting Rooms (Total 11) | Included in $10,000 per day rental fee per contract | *Subject to Banquet set-up labor fee as provided* |
| Legends Ballroom 1,2,3,4,9,10,11,12 | Included in $10,000 per day rental fee per contract | *Subject to Banquet set-up labor fee as provided* |
| Legends Ballroom 5-8 | Included in $10,000 per day rental fee per contract | *Subject to Banquet set-up labor fee as provided* |

*Thursday, March 27, 2014*

23) Hotel agrees to provide linen in Legends Ballroom to cover breakfast, lunch and dinner, every other day, up to a maximum of (100) 72" banquet round table per meal period. Linen selection to consist of either one 132" round and one 90"x90" overlay or one 132" round (selection will be at the hotel's discretion). Any additional requirements and special table sets is subject to additional linen and labor fees. Should the Hotel need to rent any additional linen it will be billed to the Master Account. *(Note: In 2013, linen rental @ $50,000)*

24) The Hotel will provide adequate furnishings to be utilized by Group for the Legends Ballroom for each Passover Program to create a Lounge and tea room atmosphere. Hotel will utilize existing inventory of chairs, tables, credenza's etc. Should specific furniture or decor be requested, it is the Group's responsibility to coordinate and rent at own expense. *(2013 Cost - $11,000)*

25) Outdoor White Folding Chairs will be supplied at no additional cost (up to Hotel's existing inventory of 350 chairs). The rental cost of any additional chairs will be the responsibility of the Group.

26) Boosters Chairs and High Chairs are to be rented and billed back to the individual guest by the Hotel.
   a.   Booster Chairs - $45.00 each
   b.   High Chairs - $50.00 each

27) All meeting room and related event services are subject to applicable taxes (currently 9%) in effect on the date(s) of the event. Staffing fees are to be utilized should group use outside F&B Vendors, staffing, and food. Fees will be as follows with a 4 hour minimum:
   a.   Banquet Managers:            $50.00 / hour
   b.   Banquet Captains:            $40.00 / hour
   c.   Wait Staff:                  $27.00/hour
   d.   Food Runners:                $22.00 / hour
   e.   Stewarding Staff:            $23.00/hour
   f.   Security Staff:              $35.00/hour
   g.   Convention Services Staff    $25.00/hour *(including, but not limited to, event concierge)*

28) Any excessive cleaning and/or damages found above and beyond normal wear and tear in meeting space from any Group guest will be processed and billed to the Group Master Account, with advanced notice . *(Note: In 2013, Carpet Shampooing, Chair Cleaning, and Patio Cleaning Cost - $20,000)*

29) Any excessive cleaning and/or damages found above and beyond normal wear and tear in guestrooms and/or corridors from any Group guest will be processed and billed to the individual guest folio, with advanced notice.

30) Hotel will no longer be able to provide Marriott Rewards Points due to the change in ownership.

This Addendum may not be further amended or changed unless done so in writing and signed by both parties. Indicate acceptance by signing below and returning to Hotel by Thursday, March 20, 2014. Upon receipt, the Hotel will countersign and return a copy to you. Once countersigned, this document will then constitute the full and complete binding agreement and the arrangements will be considered definite, and non-transferable to another party or date. All other terms and conditions previously agreed upon in the original group sales contract remain applicable.

The undersigned represent they are authorized to sign and enter into this Addendum Agreement on behalf of Group and the Hotel, respectively.

Name: Dr. Norman Goldwasser                         Name: Melinda Reilly
Title: President/Owner                              Title: Director of Group Sales

Signature:_____                Signature:_____

Date:_____                     Date:_____


                                                   Name: Allison Dlugatz
                                                   Title: Director of Catering & Conference Services


                                                   Signature:_____

                                                   Date:_____

Exhibit B

# Ken Vianale

| | |
|---|---|
| **From:** | Beckerman, Jonathan A. <JABeckerman@littler.com> |
| **Sent:** | Thursday, September 17, 2015 11:32 AM |
| **To:** | Ken Vianale; Kantor, Michael (Miami) (Michael.Kantor@jacksonlewis.com) |
| **Cc:** | Paindiris, Tasos C. (Miami) (Tasos.Paindiris@jacksonlewis.com); Zamora, Jorge |
| **Subject:** | Aarras v. TND: Potential Indemnity Claims |
| **Attachments:** | Dobbins v Scriptfleet Inc.pdf |

Ken/Michael:

It is our understanding that David Goldwasser, Abe Fuchs, Eden Tours, and New Star are in the process of resolving the claims that Plaintiffs asserted against them. This will put TND in the untenable position of being left as the only defendant in this case--notwithstanding the fact that the record evidence hardly supports the joint employer theory that Plaintiffs asserted against it.

For a variety of reasons, TND intends to challenge the co-defendants' settlement for general unfairness or inadequacy once they file their approval motion. In addition to opposing any potential settlement, TND may also assert indemnity and/or indemnity-type claims against the co-defendants *and* Norman Goldwasser.

I am familiar with the line of cases providing that the FLSA generally preempts indemnity claims. However, the Court in *Dobbins v. Scriptfleet* supports the argument that, in light of TND's ability to establish that it was not Plaintiffs' joint employer, the FLSA's prohibition against indemnity-type claims does not apply. No. 8:11-CV-1923-T-24, 2012 WL 2282560, at *2 (M.D. Fla. June 18, 2012).

Under the circumstances, TND requests that the co-defendants refrain from consummating their settlement with Plaintiffs. Doing otherwise may potentially lead to additional time-consuming, protracted, and costly litigation.

Please contact me if you have any questions.

Sincerely,

Jonathan

Jonathan Beckerman, Shareholder
305.400.7580 direct   786.564.9016 mobile   305.603.2552 fax   JABeckerman@littler.com
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700 | Miami, FL 33131

**Littler** | littler.com
Employment & Labor Law Solutions Worldwide

---------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

Case 1:15-cv-24155-JAL   Document 1   Entered on FLSD Docket 11/05/2015   Page 79 of 85
Dobbins v. Scriptfleet, Inc., Not Reported in F.Supp.2d (2012)
2012 WL 2282560

KeyCite Yellow Flag - Negative Treatment

**Distinguished by** Hose v. Henry Industries, Inc.,   D.Kan.,   September 24, 2014

2012 WL 2282560
Only the Westlaw citation is currently available.
United States District Court, M.D. Florida,
Tampa Division.

Wendy DOBBINS, individually and on
behalf of persons similarly situated, Plaintiff,
v.
SCRIPTFLEET, INC. f/k/a Network Express,
and XYZ Entities 1–10 (Fictitious Names
of Unknown Liable Entities), Defendants.

No. 8:11–cv–1923–T–24–AEP.   |   June 18, 2012.

**Attorneys and Law Firms**

Gregg I. Shavitz, Shavitz Law Group, PA, Boca Raton, FL, for Plaintiff.

Alvin Jackson Finklea, Robert L. Browning, Scopelitis, Garvin, Light, Hanson & Feary, PC, Indianapolis, IN, Gregg I. Shavitz, Shavitz Law Group, PA, Boca Raton, FL, R. H. Farnell, II, Bedell, Dittmar, Devault, Pillans & Coxe, PA, Jacksonville, FL, for Defendants.

*ORDER*

SUSAN C. BUCKLEW, District Judge.

**\*1** This cause comes before the Court on Plaintiff's Motion to Dismiss (Doc. No. 41). Defendant opposes this motion (Doc. No. 43).

*I. Standard of Review*

In deciding a motion to dismiss, the district court is required to view the complaint in the light most favorable to the plaintiff. *See Murphy v. Federal Deposit Ins. Corp.,* 208 F.3d 959, 962 (11th Cir.2000) (citing *Kirby v. Seigelman,* 195 F.3d 1285, 1289 (11th Cir.1999)). The Federal Rules of Civil Procedure do not require a claimant to set out in detail the facts upon which he bases his claim. Instead, Rule 8(a)(2) requires a short and plain statement of the claim showing that the pleader is entitled to relief in order to give the defendant fair notice of what the claim is and the grounds upon which it rests.

*See Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 127 S.Ct. 1955, 1964, 167 L.Ed.2d 929 (2007) (citation omitted). As such, a plaintiff is required to allege "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do."*Id.* at 1965 (citation omitted). While the Court must assume that all of the allegations in the complaint are true, dismissal is appropriate if the allegations do not "raise [the plaintiff's] right to relief above the speculative level."*Id.* (citation omitted). The standard on a 12(b)(6) motion is not whether the plaintiff will ultimately prevail in his or her theories, but whether the allegations are sufficient to allow the plaintiff to conduct discovery in an attempt to prove the allegations. *See Jackham v. Hospital Corp. of Am. Mideast, Ltd.,* 800 F.2d 1577, 1579 (11th Cir.1986).

*II. Background*

Plaintiff is a courier for Defendant Scriptfleet, Inc. Plaintiff filed an amended complaint (Doc. No. 10), in which she alleges that Defendant misclassified her and others similarly situated as independent contractors, and as such, they were deprived of overtime wages in violation of the Fair Labor Standards Act ("FLSA").

In response to the amended complaint, Defendant filed a counterclaim, in which it alleges that the FLSA is inapplicable because Plaintiff is an independent contractor, not an employee (Doc. No. 41). Additionally, Defendant contends that, pursuant to the indemnification provision in their agreement, Plaintiff must indemnify Defendant for the attorneys' fees Defendant incurs in defending against Plaintiff's compensation claim (Doc. No. 41).

*III. Motion to Dismiss*

In response to Defendant's counterclaim, Plaintiff filed the instant motion to dismiss, in which she argues that dismissal is warranted because: (1) the indemnity provision does not cover the attorneys' fees that Defendant incurs in defending against her claim; (2) as a matter of law, no claim for indemnity exists for claims under the FLSA; (3) Defendant's claim is retaliatory; and (4) allowing Defendant to obtain indemnification from Plaintiff for attorneys' fees is antithetical to the FLSA, which allows for prevailing plaintiffs' attorney's fees but requires prevailing defendants to bear their own fees and costs. Accordingly, the Court will address each argument.

2012 WL 2282560

### A. Scope of Indemnity Provision

**\*2** Plaintiff argues that the indemnity provision in her agreement does not cover the attorneys' fees that Defendant incurs in defending against her claim. The indemnification provision at issue provides that Plaintiff must indemnify Defendant for any losses, including attorneys' fees, that Defendant may incur "arising out of or in connection with" Plaintiff's obligations under their agreement (Doc. No. 36, p. 6). One such obligation under the agreement was that Plaintiff would work for a liquidated fee amount, and her lawsuit is predicated on her contention that Defendant owes her more than the liquidated fee amount provided in her agreement. As such, the Court concludes that the indemnity provision in her agreement supports Defendant's counterclaim if Defendant prevails in establishing that Plaintiff was an independent contractor. *See Spellman v. American Eagle Express, Inc.,* 680 F.Supp.2d 188, 191 (D.D.C.2010) (concluding that the defendant's litigation expenses incurred in defending against an FLSA claim on the theory that the plaintiffs were independent contractors fell within the scope of a nearly identical indemnification provision).

### B. Indemnity Claims Relating to FLSA Liability

Next, Plaintiff argues that Defendant's counterclaim must be dismissed, because no claim for indemnity exists under the FLSA. As explained below, the Court rejects this argument.

Courts have held that indemnification claims relating to FLSA liability are contrary to public policy and the legislative intent of the FLSA. *See, e.g., LeCompte v. Chrysler Credit Corp.,* 780 F.2d 1260, 1264 (5th Cir.1986); *Lyle v. Food Lion, Inc.,* 954 F.2d 984, 987 (4th Cir.1992); *Martin v. Gingerbread House, Inc.,* 977 F.2d 1405, 1407–08 (10th Cir.1992); *Herman v. RSR Sec. Services Ltd.,* 172 F.3d 132, 144 (2d Cir.1999). However, the FLSA does not apply independent contractors. *See McLaughlin v. Stineco, Inc. .,* 697 F.Supp. 436, 448 (M.D.Fla.1988) (stating that the protections of the FLSA extend to employees); *Freund v. Hi–Tech Satellite, Inc.,* 185 Fed. Appx. 782, 782 (11th Cir.2006) (stating that the FLSA applies only to employees).

While the parties in this case dispute whether Plaintiff was as an independent contractor or an employee, for the purpose of analyzing the sufficiency of Defendant's counterclaim on a motion to dismiss, the Court must accept Defendant's allegation that Plaintiff was an independent contractor as true. As such, Defendant's indemnification counterclaim is viable because Defendant is not seeking indemnification for an FLSA liability imposed upon it. Instead, Defendant's counterclaim is based on the theory that Plaintiff was an independent contractor, and as such, her FLSA claim will fail. Therefore, Defendant is seeking indemnity for the attorneys' fees it incurs in defending against Plaintiff's claim. Consequently, the case law barring indemnification claims relating to FLSA liability will not apply to Defendant's counterclaim if Plaintiff is unsuccessful in proving that she was Defendant's employee. Accordingly, at this stage of the proceedings, the Court concludes that Defendant's counterclaim for indemnity is valid.

### C. Retaliatory Nature of Defendant's Counterclaim

**\*3** Next, Plaintiff argues that Defendant's counterclaim is an act of unlawful retaliation. A lawsuit is retaliatory if it was filed with a retaliatory motive and "lacks a reasonable basis in fact or law." *Spellman,* 680 F.Supp.2d at 191 (internal quotation marks and citation omitted). While indemnity actions relating to FLSA liability are improper because they contradict the purposes of the FLSA, the Court cannot conclude at this time that Defendant's counterclaim is baseless or retaliatory, because its validity turns on the disputed issue of whether Plaintiff was an employee or an independent contractor. *See id.* at 192.Therefore, if Plaintiff is proven to be an independent contractor, the FLSA will not apply to her, and she will be bound by the indemnification clause in her agreement.

### D. The FLSA's Attorneys' Fee Provision

Finally, Plaintiff points out that pursuant to the FLSA, a prevailing defendant remains responsible for paying its own attorneys' fees. Therefore, Plaintiff argues that Defendant's indemnity counterclaim is an impermissible fee-shifting maneuver. The Court disagrees. Defendant's indemnity counterclaim will only be viable if Plaintiff is determined to be an independent contractor, to which the FLSA does not apply.

### IV. Conclusion

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss (Doc. No. 41) is **DENIED.**

**DONE AND ORDERED.**

**All Citations**

Not Reported in F.Supp.2d, 2012 WL 2282560

**Dobbins v. Scriptfleet, Inc., Not Reported in F.Supp.2d (2012)**

2012 WL 2282560

---

**End of Document** © 2015 Thomson Reuters. No claim to original U.S. Government Works.

Exhibit C

# Ken Vianale

| | |
|---|---|
| **From:** | Beckerman, Jonathan A. <JABeckerman@littler.com> |
| **Sent:** | Monday, September 21, 2015 2:34 PM |
| **To:** | Ken Vianale |
| **Cc:** | Kantor, Michael (Miami) (Michael.Kantor@jacksonlewis.com); Zamora, Jorge |
| **Subject:** | RE: Aarras v. TND: Potential Indemnity Claims |

Ken:

At this point, and in light of New Star's refusal to share with Trump information regarding the nature of its settlement with Plaintiffs, I'm not inclined to provide your client with any additional information regarding the basis for Trump's prospective claims against them.  I will, however, share that Trump already prepared a litigation Complaint naming your clients and others as defendants.  We intend to immediately file and serve that Complaint to the extent that any of the co-defendants move forward with a settlement that does not also include Trump.

I am stepping out of the office but will return tomorrow.  I will make myself available if you would like to discuss this in more detail.

Sincerely,

Jonathan

**Jonathan Beckerman,** Shareholder
305.400.7580 direct    786.564.9016 mobile    305.603.2552 fax    JABeckerman@littler.com
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700 | Miami, FL 33131

Littler | littler.com
Employment & Labor Law Solutions Worldwide

**From:** Ken Vianale [mailto:kvianale@vianalelaw.com]
**Sent:** Thursday, September 17, 2015 2:45 PM
**To:** Beckerman, Jonathan A.
**Subject:** RE: Aarras v. TND: Potential Indemnity Claims

Dear Jonathan,

    I've read the decision now. The decision is based on a written contract and the language of an indemnification provision.

    Does Trump believe it has an agreement with New Star or Eden or both that provides for indemnification or attorney's fees, or some other similar writing?

    I am not aware that there is any such agreement or writing, but if you have it, would you please send it to me?

                                    -Ken

Kenneth J. Vianale

1

Vianale & Vianale LLP
5550 Glades Road, Suite 500
Boca Raton, FL 33431
561-392-4750 office
561-961-5191 fax
*www.vianalelaw.com*

---

**From:** Beckerman, Jonathan A. [mailto:JABeckerman@littler.com]
**Sent:** Thursday, September 17, 2015 11:32 AM
**To:** Ken Vianale; Kantor, Michael (Miami) (Michael.Kantor@jacksonlewis.com)
**Cc:** Paindiris, Tasos C. (Miami) (Tasos.Paindiris@jacksonlewis.com); Zamora, Jorge
**Subject:** Aarras v. TND: Potential Indemnity Claims

Ken/Michael:

It is our understanding that David Goldwasser, Abe Fuchs, Eden Tours, and New Star are in the process of resolving the claims that Plaintiffs asserted against them. This will put TND in the untenable position of being left as the only defendant in this case--notwithstanding the fact that the record evidence hardly supports the joint employer theory that Plaintiffs asserted against it.

For a variety of reasons, TND intends to challenge the co-defendants' settlement for general unfairness or inadequacy once they file their approval motion. In addition to opposing any potential settlement, TND may also assert indemnity and/or indemnity-type claims against the co-defendants *and* Norman Goldwasser.

I am familiar with the line of cases providing that the FLSA generally preempts indemnity claims. However, the Court in *Dobbins v. Scriptfleet* supports the argument that, in light of TND's ability to establish that it was not Plaintiffs' joint employer, the FLSA's prohibition against indemnity-type claims does not apply. No. 8:11-CV-1923-T-24, 2012 WL 2282560, at *2 (M.D. Fla. June 18, 2012).

Under the circumstances, TND requests that the co-defendants refrain from consummating their settlement with Plaintiffs. Doing otherwise may potentially lead to additional time-consuming, protracted, and costly litigation.

Please contact me if you have any questions.

Sincerely,

Jonathan

**Jonathan Beckerman,** Shareholder
305.400.7580 direct   786.564.9016 mobile   305.603.2552 fax   JABeckerman@littler.com
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700 | Miami, FL 33131

## Littler
| littler.com
Employment & Labor Law Solutions Worldwide

---

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this

message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.